UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re Rayonier Inc. Securities Litigation

Case No.: 3:14-cv-1395-J-32JBT

## NOTICE OF APPEARANCE

Gennifer L. Bridges, Esq. of the law firm **BURR & FORMAN, LLP**, hereby enters her appearance in the above captioned matter as local counsel for Defendant, Hans E. Vanden Noort. All future pleadings, notices and correspondence may be sent to:

Gennifer L. Bridges, Esq.
**BURR & FORMAN, LLP**
200 South Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Facsimile: (321) 349-0722
Email: gbridges@burr.com
Email: jnelson@burr.com

Dated: January 23, 2015

/s/ Gennifer L. Bridges
John R. Chiles, Esq. (Fla. Bar No. 12539)
**BURR & FORMAN LLP**
350 East Las Olas Boulevard, Suite 1420
Ft. Lauderdale, Florida 33301
Telephone: (954) 414-6200
Facsimile: (954) 414-6201

Gennifer L. Bridges, Esq. (Fla. Bar No. 72333)
**BURR & FORMAN LLP**
200 South Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Facsimile: (321) 349-0722

*Local Counsel for Defendant Hans E. Vanden Noort*

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 23rd day of January, 2015:

Laurence M. Rosen, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
*Attorneys for Plaintiff Brown*
Email: lrosen@rosenlegal.com

Joseph E. White, III, Esq.
Lester R. Hooker, Esq.
Saxena White, P.A.
5200 Town Center Circle, Suite 601
Boca Raton, Florida 33486
*Liason Counsel for Plaintiffs Christie, Lake Worth Firefighters' Pension Trust Fund and Movant Pension Trust of Operating Engineers*
Email: jwhite@saxenawhite.com
Email: lhooker@saxenawhite.com

Lionel Z. Glancy, Esq.
Michael Goldberg, Esq.
Robert V. Prongay, Esq.
Casey E. Sadler, Esq.
Glancy Binkow & Goldberg LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Email: LGlancy@glancylaw.com
Email: Mmgoldberg@glancylaw.com
Email: RProngay@glancylaw.com
Email: CSadler@glancylaw.com
*Counsel for Plaintiff Christie*

Howard G. Smith, Esq.
Law Office of Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
*Counsel for Plaintiff Christie*

Christopher S. Polaszek, Esq.
Morgan & Morgan, P.A.
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
cpolaszek@morgansecuritieslaw.com
*Counsel for Plaintiff Keasler*

Jeffrey C. Block, Esq.
Jason M. Leviton, Esq.
Mark A. Delaney, Esq.
Steven P. Harte, Esq.
Block & Leviton LLP
155 Federal Street, Suite 400
Boston, MA 02110
*Counsel for Plaintiff Keasler*

Robert D. Klausner, Esq.
Klausner, Kaufman, Jensen & Levinson
10059 Northwest 1st Court
Plantation, Florida 33324
Email: bob@robertklausner.com
*Attorneys for Plaintiff Lake Worth Firefighters' Pension Trust Fund*

Gerald H. Silk, Esq.
Avi Josefson, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, New York 10019
jerry@blbglaw.com
avi@blbglaw.com
*Attorneys for Plaintiff Lake Worth Firefighters' Pension Trust Fund*

Jayne A. Goldstein, Esq.
Pomerantz LLP
1792 Bell Tower Lane, Suite 203
Weston, Florida 33326
jagoldstein@pomlaw.com
*Attorneys for Plaintiff Sating*

Jeremy A. Lieberman, Esq.
Francis P. McConville, Esq.
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Email: jalieberman@pomlaw.com
Email: fmcconville@pomlaw.com
*Attorneys for Plaintiff Sating*

Peretz Bronstein, Esq.
Bronstein Gewirtz & Brossman LLC
60 East 42nd Street, Suite 4600
New York, New York 10165
Email: peretz@bgandg.com
*Counsel for Plaintiff Sating*

Michael J. McConnell, Esq.
Janine C. Metcalf, Esq.
Jones Day
1420 Peachtree Street, N.E. , Suite 800
Atlanta, GA 30309-3053
Email: mmcconnel@jonesday.com
Email: jmetcalf@jonesday.com
*Attorneys for Defendants Rayonier Inc., H. Edwin Kiker, and David L. Nunes*

Charles M. Trippe, Jr., Esq.
Joni Alexis Poitier, Esq.
Moseley, Prichard, Parrish, Knight & Jones
501 W Bay Street
Suite 200
Jacksonville, FL 32202
E-mail:  cmtrippe@mppkj.com
E-mail:  japoitier@mppkj.com
*Attorneys for Defendants Rayonier Inc., H. Edwin Kiker, and David L. Nunes*

Jeffrey R. Wang, Esq.
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036
E-mail:  jwang@fklaw.com
*Attorney for Defendant Paul G. Boynton*

Scott. D. Richburg, Esq.
Foley & Lardner LLP
One Independence Drive, Suite 1300
Jacksonville, FL 32202
Email: srichburg@foley.com
*Attorney for Defendant Paul G. Boynton*

*/s/ Gennifer L. Bridges*
Gennifer L. Bridges

22639493 v1

2