**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE RAYONIER INC. SECURITIES LITIGATION | Case No. 3:14-cv-1395-J-32JBT<br><br>**<u>CLASS ACTION</u>** |

**NOTICE OF NON-OPPOSITION TO THE MOTION OF THE PENSION TRUST
FUND FOR OPERATING ENGINEERS AND LAKE WORTH FIREFIGHTERS'
PENSION TRUST FUND FOR APPOINTMENT AS
<u>LEAD PLAINTIFFS AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL</u>**

The Pension Trust Fund For Operating Engineers ("Operating Engineers") and the Lake Worth Firefighters' Pension Trust Fund ("Lake Worth") respectfully submit this notice of non-opposition to their January 12, 2015 motion for appointment as Lead Plaintiffs in the above-captioned action, and the approval of their selection of Saxena White P.A. ("Saxena White") and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel for the Class ((the "Unopposed Lead Plaintiff Motion") (ECF Nos. 36-37)).

As set forth in the Unopposed Lead Plaintiff Motion, Operating Engineers and Lake Worth are the presumptive Lead Plaintiffs in this action. They are the only movants seeking Lead Plaintiff status, have the largest financial interest in the outcome of the litigation, and satisfy the "typicality" and "adequacy" requirements of Rule 23 of the Federal Rules of Civil Procedure. *See* ECF Nos. 36-37; 15 U.S.C. § 78u-4(a)(3)(B). No opposition to Operating Engineers' and Lake Worth's motion seeking Lead Plaintiff status has been filed. Operating Engineers and Lake Worth have also retained law firms to serve as Lead Counsel that are highly qualified and experienced in the field of securities class action litigation. *See* ECF No. 37-6 at 2-5; ECF No. 37-7 at 9-13; 15 U.S.C. § 78u-4(a)(3)(B)(v).

Operating Engineers and Lake Worth thus respectfully request that the Court (1) appoint Operating Engineers and Lake Worth to serve as Lead Plaintiffs; (2) approve Operating Engineers' and Lake Worth's selection of Saxena White and Bernstein Litowitz as Lead Counsel for the Class; and (3) grant such other relief as the Court may deem just and proper.

2

Dated: January 30, 2015                                  Respectfully Submitted,

**SAXENA WHITE P.A.**

*/s/ Lester R. Hooker*
Lester R. Hooker

Joseph E. White, III (FL Bar No. 621064)
Lester R. Hooker (FL Bar No. 32242)
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
jwhite@saxenawhite.com
lhooker@saxenawhite.com

**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**
Gerald H. Silk (*pro hac vice* motion filed)
Avi Josefson (*pro hac vice* motion filed)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com

   -and-

David R. Stickney
(*pro hac vice* motion to be filed)
Jonathan D. Uslaner
(*pro hac vice* motion to be filed)
Brandon Marsh
(*pro hac vice m*otion to be filed)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323
davids@blbglaw.com
jonathanu@blbglaw.com
brandon.marsh@blbglaw.com

*Counsel for Proposed Lead Plaintiffs the Pension Trust Fund For Operating Engineers and the Lake Worth Firefighters' Pension Trust Fund and Proposed Lead Counsel for the Class*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 30, 2015, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. This system will send electronic notice of filing to the all parties.

*/s/ Lester R. Hooker*
Lester R. Hooker