**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |
|---|---|
| IN RE RAYONIER INC. SECURITIES LITIGATION | Case No. 3:14-cv-1395-J-32JBT |

**AGREED MOTION FOR BRIEFING SCHEDULE**
**AND INCORPORATED MEMORANDUM OF LAW**

**MOTION**

Lead Plaintiff movants the Pension Trust Fund For Operating Engineers ("Operating Engineers") and the Lake Worth Firefighters' Pension Trust Fund ("Lake Worth" and, together with the Operating Engineers, the "Lead Plaintiff Movants") and Defendants Rayonier Inc., H. Edwin Kiker, David L. Nunes, Paul G. Boynton, and Hans E. Vanden Noort ("Defendants" and, together with the Lead Plaintiff Movants, the "Parties"), respectfully move this Court for an Order setting forth a schedule governing the filing of the anticipated Consolidated Class Action Complaint (the "Consolidated Complaint") and the briefing on Defendants' anticipated motion to dismiss the Consolidated Complaint.  In support thereof, the Parties submit the following memorandum.

### MEMORANDUM OF LAW

On January 12, 2015, the Lead Plaintiff Movants filed their motion for appointment as Lead Plaintiff and approval of their selection of counsel.  *See* Dkt. No. 36.  The motion is unopposed and was the only motion for appointment filed in this action.

The Parties have met and conferred regarding the timeframe for the filing of a Consolidated Complaint and a briefing schedule for Defendants' anticipated motion to dismiss.  Assuming the Court grants the Lead Plaintiff Movants' unopposed motion to serve as the Lead Plaintiffs, the Parties respectfully request that the Court enter an Order providing the following deadlines:

1.      Lead Plaintiff Movants shall file the Consolidated Complaint no later than 60 days after the entry of an order appointing them as Lead Plaintiffs;

2.      Defendants shall have 60 days from the filing of the Consolidated Complaint to move, answer, or otherwise respond;

3.      Any opposition(s) to Defendants' motion(s) to dismiss shall be due 60 days after the filing of the motion;

4.      Defendants are granted leave to file a reply brief(s) in support of any motion(s) to dismiss no later than 45 days thereafter, with any such reply brief not to exceed fifteen (15) pages in length; and

5.      While Defendants currently anticipate filing a single motion to dismiss (with one accompanying brief) and a single reply brief in support of any motion to dismiss, to the extent that there are multiple motions to dismiss filed, the Lead Plaintiff Movants shall have the right to oppose the motions in separate filings.

## **LOCAL RULE 3.01(G) CERTIFICATION**

Counsel for the undersigned Parties certify that they have conferred and that the

Parties join in the request for relief set forth in this Motion.

[*Signatures follow on the next page*]

Dated: January 30, 2015        Respectfully submitted by,


*/s/ Charles M. Trippe, Jr.*
Charles M. Trippe, Jr.
Trial Counsel
Florida Bar No. 69760
E-mail:  cmtrippe@mppkj.com
Joni Alexis Poitier
Florida Bar Number No. 0022861
E-mail:  japoitier@mppkj.com
**MOSELEY, PRICHARD, PARRISH,
KNIGHT & JONES**
501 W Bay Street
Suite 200
Jacksonville, FL 32202
Tel: 904-356-1306
Fax: 904-254-0194

Janine C. Metcalf
(Admitted *Pro Hac Vice*)
E-mail: jmetcalf@jonesday.com
Michael J. McConnell
(Admitted *Pro Hac Vice*)
E-mail: mmcconnell@jonesday.com
**JONES DAY**
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3053
Tel: 404-521-3939
Fax: 404-581-8330

**Attorneys for Defendant Rayonier Inc., H.
Edwin Kiker, and David L. Nunes**

Dated: January 30, 2015                   Respectfully submitted by,

*/s/ Scott D. Richburg*
Scott D. Richburg
Florida Bar Number: 64475
E-mail: srichburg@foley.com
**FOLEY & LARDNER, LLP**
1 Independent Drive, Suite 1300
P.O. Box 240
Jacksonville, FL 32202-0240
Tel: 904-359-2000
Fax: 904-359-8700

Jeffrey R. Wang
(Admitted *Pro Hac Vice*)
**FRIEDMAN KAPLAN
SEILER & ADELMAN, LLP**
7 Times Square
New York, NY 10036-6516
Tel: 212-833-1100
Fax: 212-833-1250
Email: jwang@fklaw.com

**Attorneys for Defendant Paul G. Boynton**

Dated: January 30, 2015                    Respectfully submitted by,


*/s/ John R. Chiles*
John R. Chiles
Florida Bar Number: 12539
E-mail: jchiles@burr.com
**BURR & FORMAN, LLP**
350 E. Las Olas Blvd., Suite 1420
Ft. Lauderdale, FL 33301-2223
Tel: 954-414-6200
Fax: 954-414-6201

Gennifer Lynn Bridges
Florida Bar Number: 72333
E-mail: gbridges@burr.com
**BURR & FORMAN, LLP**
200 South Orange Avenue, Suite 800
Orlando, FL 32801
Tel: 407-540-6600
Fax: 321-349-0722

Andrew W. Schilling
(Admitted Pro Hac Vice)
Email: ASchilling@BuckleySandler.com
John M. Hendele IV
(Admitted Pro Hac Vice)
Email: JHendele@BuckleySandler.com
**BUCKLEYSANDLER LLP**
1133 Avenue of the Americas, Suite 3100
New York, NY 10036
Tel: 212-600-2400
Fax: 212-600-2405

**Attorneys for Defendant**
**Hans E. Vanden Noort**

Dated: January 30, 2015                    Respectfully submitted by,


                                           */s/ Lester R. Hooker*
                                           Joseph E. White, III (FL Bar No. 621064)
                                           Lester R. Hooker (FL Bar No. 32242)
                                           **SAXENA WHITE P.A.**
                                           5200 Town Center Circle, Suite 601
                                           Boca Raton, FL 33486
                                           561-394-3399 Telephone
                                           561-394-3382 Facsimile
                                           Email: jwhite@saxenawhite.com
                                           Email: lhooker@saxenawhite.com

                                           Gerald H. Silk
                                           Avi Josefson
                                           **BERNSTEIN LITOWITZ BERGER &
                                           GROSSMANN LLP**
                                           1285 Avenue of the Americas
                                           New York, New York 10019
                                           Telephone: (212) 554 1400
                                           Facsimile: (212) 554 1444
                                           jerry@blbglaw.com
                                           avi@blbglaw.com

                                           **Counsel for Proposed Lead Plaintiff the
                                           Pension Trust Fund For Operating
                                           Engineers and the Lake Worth
                                           Firefighters' Pension Trust Fund and
                                           Proposed Lead Counsel for the Class**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

*/s/ Lester R. Hooker*
Lester R. Hooker
Counsel for Proposed Lead Plaintiff the Pension Trust Fund For Operating Engineers and the Lake Worth Firefighters' Pension Trust Fund