UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re Rayonier Inc. Securities Litigation | Case No.: 3:14-cv-1395-TJC-JBT<br><br>NOTICE OF NON-APPEARANCE OF JEFFREY C. BLOCK, JASON M. LEVITON, MARK A. DELANEY, AND STEVEN P. HARTE FOR SAMUEL KEASLER |

PLEASE TAKE NOTICE that the action *Samuel Keasler v. Rayonier, Inc., et al.*, filed in the Middle District of Florida, Jacksonville Division, Case No.: 3:14-cv-1398-JBT was consolidated with other related actions under the above caption as Case No. 3:14-cv-1395-TJC-JBT.

Plaintiff Keasler is not seeking to be appointed Lead Plaintiff and Block & Leviton LLP is not seeking to be appointed Lead Counsel in the consolidated action. As such, Messrs. Block, Leviton, Delaney and Harte will not be appearing in the consolidated action.

DATED:  February 5, 2015

/s/Christopher S. Polaszek
Christopher S. Polaszek
**MORGAN & MORGAN, P.A.**
Christopher S. Polaszek
FBN:  116866
201 N. Franklin Street, 7th Floor
Tampa, FL  33602
Tel:  (813) 223-5505
Fax: (813) 222-2046
cpolaszek@morgansecuritieslaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block
Jason M. Leviton
Mark A. Delaney
Steven P. Harte
155 Federal Street, Suite 400

Boston, Massachusetts 02110
Tel:  (617) 398-5600
Fax:  (617) 507-6020
Jeff@blockesq.com
Jason@blockesq.com
Mark@blockesq.com
Steven@blockesq.com

***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2015, the foregoing **NOTICE OF NON-APPEARANCE OF JEFFREY C. BLOCK, JASON M. LEVITON, MARK A. DELANEY, AND STEVEN P. HARTE** was served by the Court's CM/ECF System and a Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/Christopher S. Polaszek