**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re Rayonier Inc. Securities Litigation,
vs.
_____/

Case No. 3:14-cv-1395-J-32JBT

**NOTICE OF APPEARANCE**

Please take notice that the undersigned counsel hereby appears as counsel for Defendant Paul G. Boynton, and requests that all future pleadings and orders herein be forwarded to the undersigned.

              _____/s/ C. Ryan Maloney_____
              C. Ryan Maloney
              FL Bar No. 0652903
              cmaloney@foley.com
              Foley & Lardner LLP
              One Independent Drive, Suite 1300
              Jacksonville, FL 32202-5017
              Telephone:  904.359.2000
              Facsimile:  904.359.8700

              Attorneys for Defendant Paul G. Boynton

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2015 I, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing, or if the party served does not participate in Electronic Filing, by U.S. First Class Mail to the following:

Laurence M. Rosen, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY   10016

*Attorneys for Plaintiff Brown*
Email:  lrosen@rosenlegal.com

Jeffrey E. White, III, Esq.
Lester R. Hooker, Esq.
Saxena White, P.A.
5200 Town Center Circle, Suite 601
Boca Raton, FL   33486

*Liason Counsel for Plaintiffs Christie, Lake Worth Firefighters' Pension Trust Fund and Movant Pension Trust of Operating Engineers*
Email:  jwhite@saxenawhite.com
Email:  lhooker@saxenawhite.com

Lionel Z. Glancy, Esq.
Michael Goldberg, Esq.
Robert V. Prongay, Esq.
Casey E. Sadler, Esq.
Glancy Binkow & Goldberg LLP
1952 Century Park East, Suite 2100
Los Angeles, CA   90067

*Counsel for Plaintiff Christie*
Email:  LGlancy@glancylaw.com
Email:  Mmgoldberg@glancylaw.com
Email:  RProngay@glancylaw.com
Email:  CSadler@glancylaw.com

Andrew W. Schilling, Esq.
John M. Hendele IV, Esq.
Buckley Sandler LLP
1133 Avenue of the Americas, Suite 3100
New York, NY   10036

*Counsel for Defendant Hans E. Vanden Noort*
Email:  ASchilling@BuckleySandler.com
Email:  J. Hendele@BuckleySandler.com

Robert D. Klausner, Esq.
Klausner, Kaufman, Jensen & Levinson
10059 Northwest 1st Court
Plantation, FL   33324

*Attorneys for Plaintiff Lake Worth Firefighters' Pension Trust Fund*
Email:  bob@robertklausner.com

Gerald H. Silk, Esq.
Avi Josefson, Esq.
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY   10019

*Counsel for Plaintiff Lake Worth Firefighters' Pension Trust Fund*
Email:  jerry@blbglaw.com
Email:  avi@blbglaw.com

2

| | |
|---|---|
| Howard G. Smith, Esq.<br>Law Office of Howard G. Smith<br>3070 Bristol Pike, Suite 112 Jayne A. Goldstein, Es<br>Bensalem, PA   19020<br><br>*Counsel for Plaintiff Christie* | Jayne A. Goldstein, Esq.<br>Pomerantz LLP<br>1792 Bell Tower Lane, Suite 203<br>Weston, FL   33326<br><br>*Counsel for Plaintiff Sating*<br>Email:  jagoldstein@pomlaw.com |
| Christopher S. Polaszek, Esq.<br>Morgan & Morgan, P.A.<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL   33602<br><br>*Counsel for Plaintiff Keasler*<br>Email:  cpolaszek@morgansecuritieslaw.com | Jeremy A. Lieberman, Esq.<br>Francis P. McConville, Esq.<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY   10016<br><br>*Counsel for Plaintiff Sating*<br>Email:  jalieberman@pomlaw.com<br>Email:  fmcconville@pomlaw.com |
| Peretz Bronstein, Esq.<br>Bronstein Gerwitz & Brossman LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY   10165<br><br>*Counsel for Plaintiff Sating*<br>Email:  peretz@bgandg.com | Michael J. McConnell, Esq.<br>Janine C. Metcalf, Esq.<br>Jones Day<br>1420 Peachtree Street, N.E., Suite 800<br>Atlanta, GA   30309-3053<br><br>*Counsel for Defendants Rayonier Inc., H. Edwin Kiker, and David L. Nunes*<br>Email:  mcconnell@jonesday.com<br>Email:  jmetcalf@jonesday.com |
| Charles M. Trippe, Jr., Esq.<br>Joni Alexis Poitier, Esq.<br>Moseley, Prichard, Parrish, Knight & Jones<br>501 West Bay Street, Suite 200<br>Jacksonville, FL   32202<br><br>*Counsel for Defendants Rayonier Inc., H. Edwin Kiker, and David L. Nunes*<br>Email:  cmtrippe@mppkj.com<br>Email:  japoitier@mppkj.com | Jeffrey R. Wang, Esq.<br>Friedman Kaplan Seiler & Adelman LLP<br>7 Times Square<br>New York, NY   10036<br><br>*Counsel for Defendant Paul G. Boynton*<br>Email:  jwang@fklaw.com |

3

| | |
|---|---|
| John R. Chiles, Esq.<br>Burr & Forman LLP<br>350 East Las Olas Boulevard, Suite 1420<br>Ft. Lauderdale, FL 33301<br><br>*Local Counsel for Defendant Hans E. Vanden Noort*<br>Email: jchiles@burr.com<br>Email: flservice@burr.com | Gennifer L. Bridges, Esq.<br>Burr & Forman LLP<br>200 South Orange Avenue, Suite 800<br>Orlando, FL 32801<br><br>*Local Counsel for Defendant Hans E. Vanden Noort*<br>Email: gbridges@burr.com<br>Email: jnelson@burr.com |

                                         /s/ C. Ryan Maloney
                                         C. Ryan Maloney

4846-6296-5281.2