**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re Rayonier Inc. Securities Litigation,

Case No. 3:14-cv-1395-J-32JBT

_____/

## UNOPPOSED MOTION FOR LEAVE
## TO WITHDRAW AS COUNSEL OF RECORD

Defendant Paul G. Boynton ("Mr. Boynton") hereby moves the Court to permit his attorney, Scott D. Richburg, to withdraw as counsel of record.  Mr. Richburg is withdrawing because he is leaving the firm of Foley & Lardner LLP effective February 15, 2015 to take an in-house position with another company and will, thus, leave the private practice of law.  Mr. Boynton will continue to be represented by Ryan Maloney, also of the law firm of Foley & Lardner LLP, and Jeffrey R. Wang of the law firm of Friedman Kaplan Seiler & Adelman LLP, both of whom are already counsel of record.  Mr. Boynton has been advised of this matter, and consents to the relief requested.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), the undersigned counsel for Defendants have conferred with counsel for all other parties, and said counsel has no objection to the relief requested.

WHEREFORE, Defendant Paul G. Boynton respectfully moves the Court to grant leave for his attorney Scott D. Richburg to withdraw as counsel of record, together with such other and further relief as the Court deems just and proper.

Dated: February 12, 2015

Scott D. Richburg, FL Bar No. 0064475
Primary Email:  srichburg@foley.com
Secondary Email:  dcollins@foley.com
Ryan Maloney, FL Bar No. 0652903
Primary Email: cmaloney@foley.com
Secondary Email: avwilliams@foley.com
Foley & Lardner LLP
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017
Telephone:  904.359.2000
Facsimile:  904.359.8700

and

Jeffrey R. Wang, Esq.
(admitted *pro hac vice*)
jwang@fklaw.com
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036
Telephone: 212-833-1175
Facsimile: 212-373-7975

*Attorneys for Defendant Paul G. Boynton*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2015 I, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing, or if the party served does not participate in Electronic Filing, by U.S. First Class Mail to the following:

Laurence M. Rosen, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY  10016

*Attorneys for Plaintiff Brown*
Email: lrosen@rosenlegal.com

Jeffrey E. White, III, Esq.
Lester R. Hooker, Esq.
Saxena White, P.A.
5200 Town Center Circle, Suite 601
Boca Raton, FL  33486

*Liason Counsel for Plaintiffs Christie, Lake
Worth Firefighters' Pension Trust Fund and
Movant Pension Trust of Operating Engineers*
Email: jwhite@saxenawhite.com
Email: lhooker@saxenawhite.com

Lionel Z. Glancy, Esq.
Michael Goldberg, Esq.
Robert V. Prongay, Esq.
Casey E. Sadler, Esq.
Glancy Binkow & Goldberg LLP
1952 Century Park East, Suite 2100
Los Angeles, CA  90067

*Counsel for Plaintiff Christie*
Email: LGlancy@glancylaw.com
Email: Mmgoldberg@glancylaw.com
Email: RProngay@glancylaw.com
Email: CSadler@glancylaw.com

Andrew W. Schilling, Esq.
John M. Hendele IV, Esq.
Buckley Sandler LLP
1133 Avenue of the Americas, Suite 3100
New York, NY  10036

*Counsel for Defendant Hans E. Vanden Noort*
Email: ASchilling@BuckleySandler.com
Email: J. Hendele@BuckleySandler.com

Robert D. Klausner, Esq.
Klausner, Kaufman, Jensen & Levinson
10059 Northwest 1st Court
Plantation, FL  33324

*Attorneys for Plaintiff Lake Worth
Firefighters' Pension Trust Fund*
Email: bob@robertklausner.com

Gerald H. Silk, Esq.
Avi Josefson, Esq.
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY  10019

*Counsel for Plaintiff Lake Worth Firefighters'
Pension Trust Fund*
Email: jerry@blbglaw.com
Email: avi@blbglaw.com

1

Howard G. Smith, Esq.
Law Office of Howard G. Smith
3070 Bristol Pike, Suite 112 Jayne A.
Goldstein, Es
Bensalem, PA   19020

*Counsel for Plaintiff Christie*

Christopher S. Polaszek, Esq.
Morgan & Morgan, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL   33602

*Counsel for Plaintiff Keasler*
Email:  cpolaszek@morgansecuritieslaw.com

Peretz Bronstein, Esq.
Bronstein Gerwitz & Brossman LLC
60 East 42nd Street, Suite 4600
New York, NY   10165

*Counsel for Plaintiff Sating*
Email:  peretz@bgandg.com

Charles M. Trippe, Jr., Esq.
Joni Alexis Poitier, Esq.
Moseley, Prichard, Parrish, Knight & Jones
501 West Bay Street, Suite 200
Jacksonville, FL  32202

*Counsel for Defendants Rayonier Inc., H.
Edwin Kiker, and David L. Nunes*
Email:  cmtrippe@mppkj.com
Email:  japoitier@mppkj.com

Jayne A. Goldstein, Esq.
Pomerantz LLP
1792 Bell Tower Lane, Suite 203
Weston, FL   33326

*Counsel for Plaintiff Sating*
Email:  jagoldstein@pomlaw.com

Jeremy A. Lieberman, Esq.
Francis P. McConville, Esq.
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY   10016

*Counsel for Plaintiff Sating*
Email:  jalieberman@pomlaw.com
Email:  fmcconville@pomlaw.com

Michael J. McConnell, Esq.
Janine C. Metcalf, Esq.
Jones Day
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA   30309-3053

*Counsel for Defendants Rayonier Inc., H.
Edwin Kiker, and David L. Nunes*
Email:  mcconnell@jonesday.com
Email:  jmetcalf@jonesday.com

2

John R. Chiles, Esq.
Burr & Forman LLP
350 East Las Olas Boulevard, Suite 1420
Ft. Lauderdale, FL 33301

*Local Counsel for Defendant Hans E. Vanden Noort*
Email: jchiles@burr.com
Email: flservice@burr.com

Gennifer L. Bridges, Esq.
Burr & Forman LLP
200 South Orange Avenue, Suite 800
Orlando, FL 32801

*Local Counsel for Defendant Hans E. Vanden Noort*
Email: gbridges@burr.com
Email: jnelson@burr.com

_____
Scott D. Richburg

3