UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE RAYONIER INC. SECURITIES LITIGATION | Case No. 3:14-cv-1395-J-32JBT<br><br>**CLASS ACTION** |

**MOTION FOR SPECIAL ADMISSION PRO HAC VICE OF
DAVID R. STICKNEY, JONATHAN D. USLANER AND BRANDON
MARSH AND WRITTEN DESIGNATION AND CONSENT-TO-ACT
PURSUANT TO MIDDLE DISTRICT OF FLORIDA LOCAL RULE 2.02(a)**

In accordance with Local Rule 2.02 of the United States District Court in the Middle District of Florida, the undersigned respectfully moves for the special admission pro hac vice of David R. Stickney, Esquire, Jonathan D. Uslaner, Esquire, and Brandon Marsh, Esquire, of Bernstein Litowitz Berger & Grossmann LLP, for the purposes of appearing as counsel for Plaintiff Lake Worth Firefighters' Pension Trust Fund in the above case, and states as follows:

1. David R. Stickney is an attorney with Bernstein Litowitz Berger & Grossmann LLP, 12481 High Bluff Drive, Suite 300, San Diego, California 92130, telephone (858) 720-0070 and facsimile (858) 720-0323.

2. David R. Stickney is admitted in good standing in the Bars of the Southern, Central and Northern Districts of California and the State of California (Bar No. 188574), where he remains in good standing.

3. David R. Stickney is not a resident of the State of Florida, nor does he maintain a regular practice of law in this State.

4. David R. Stickney has not appeared by special admission in multiple other cases in a manner that could in any way constitute maintenance of the regular practice of law in Florida

5. As set forth in his Special Admission Attorney Certification, David R. Stickney has read and is familiar with the most recent version of the Local Rules of this Court. He is also familiar with and understands he will be bound by the Local Rules of this Court, including in particular Fla. Local Rule 2.04, as well as by the Code of Professional Responsibility and other professional and ethical limitations as set forth by the Florida Bar.

6. David R. Stickney's Special Admission Attorney Certificate, along with the $150.00 fee payable to Clerk, U.S. District Court, are being contemporaneously sent to the Clerk.

7. Jonathan D. Uslaner is an attorney with Bernstein Litowitz Berger & Grossmann LLP, 12481 High Bluff Drive, Suite 300, San Diego, California 92130, telephone (858) 720-0070 and facsimile (858) 720-0323.

8. Jonathan D. Uslaner is admitted in good standing in the Bars of the Southern, Central and Northern Districts of California and the State of California (Bar No. 256898), where he remains in good standing.

9. Jonathan D. Uslaner is admitted in good standing in the Bar of the State of New York (Bar No. 4398442), where he remains in good standing.

10. Jonathan D. Uslaner is not a resident of the State of Florida, nor does he maintain a regular practice of law in this State.

11. Jonathan D. Uslaner has not appeared by special admission in multiple other cases in a manner that could in any way constitute maintenance of the regular practice of law in Florida.

12. As set forth in his Special Admission Attorney Certification, Jonathan D. Uslaner has read and is familiar with the most recent version of the Local Rules of this Court. He is also familiar with and understands he will be bound by the Local Rules of this Court, including in particular Fla. Local Rule 2.04, as well as by the Code of Professional Responsibility and other professional and ethical limitations as set forth by the Florida Bar.

13. Jonathan D. Uslaner's Special Admission Attorney Certificate, along with the $150.00 fee payable to Clerk, U.S. District Court, are being contemporaneously sent to the Clerk.

14. Brandon Marsh is an attorney with Bernstein Litowitz Berger & Grossmann LLP, 12481 High Bluff Drive, Suite 300, San Diego, California 92130, telephone (858) 720-0070 and facsimile (858) 720-0323.

15. Brandon Marsh is admitted in good standing in the Bars of the Central and Northern Districts of California and the State of California (Bar No. 268316), where he remains in good standing.

16. Brandon Marsh is not a resident of the State of Florida, nor does he maintain a regular practice of law in this State.

17. Brandon Marsh has not appeared by special admission in multiple other cases in a manner that could in any way constitute maintenance of the regular practice of law in Florida.

18. As set forth in his Special Admission Attorney Certification, Brandon Marsh has read and is familiar with the most recent version of the Local Rules of this Court. He is also familiar with and understands he will be bound by the Local Rules of this Court, including in particular Fla. Local Rule 2.04, as well as by the Code of Professional Responsibility and other professional and ethical limitations as set forth by the Florida Bar.

19. Brandon Marsh's Special Admission Attorney Certificate, along with the $150.00 fee payable to Clerk, U.S. District Court, are being contemporaneously sent to the Clerk.

20. Plaintiff's counsel has conferred with counsel for Defendants Rayonier, Inc., H. Edwin Kiker, David L. Nunes, Paul G. Boynton and Hans E. Vander Noort who are unopposed as to the granting of this Motion.

## APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF LOCAL COUNSEL (LOCAL RULE 2.02) AND CONSENT TO ACT

1. I, David R. Stickney, hereby appear under Rule 2.02 of the Local Rules of the Middle District of Florida, in the above-entitled action on behalf of Plaintiff Lake Worth Firefighters' Pension Trust Fund, by whom I have been retained.

2. I certify that I will comply with the fee and email registration requirements of Rule 2.01(d). I am a partner at Bernstein Litowitz Berger & Grossmann LLP, and am a member in good standing of the Bars in the Southern, Central and Northern Districts of California and the State of California. I am not a State of Florida resident and I do not maintain an office in Florida for the practice of law.

3. I hereby designate:

NAME: Lester R. Hooker, Esquire
FIRM: Saxena White P.A.
ADDRESS: 5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Tel.: (561) 394-3399
Fax: (561) 394-3382
lhooker@saxenawhite.com

who is a member of the Bar of this Court and who maintains an office in Florida for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

4. Accordingly, the undersigned respectfully requests the Court's permission to appear in this case.

Dated:  February 13, 2015.

_____
DAVID R. STICKNEY

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

Dated:  February 13, 2015

_____
LESTER R. HOOKER

## APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF LOCAL COUNSEL (LOCAL RULE 2.02) AND CONSENT TO ACT

1.   I, Jonathan D. Uslaner, hereby appear under Rule 2.02 of the Local Rules of the Middle District of Florida, in the above-entitled action on behalf of Plaintiff Lake Worth Firefighters' Pension Trust Fund, by whom I have been retained.

2.   I certify that I will comply with the fee and email registration requirements of Rule 2.01(d). I am a partner at Bernstein Litowitz Berger & Grossmann LLP, and am a member in good standing of the Bars in the Central and Northern Districts of California and the State of California. I am also a member in good standing of the Bar of the State of New York. I am not a State of Florida resident and I do not maintain an office in Florida for the practice of law.

3.   I hereby designate:

NAME:      Lester R. Hooker, Esquire
FIRM:      Saxena White P.A.
ADDRESS:   5200 Town Center Circle, Suite 601
           Boca Raton, FL 33486
           Tel.:  (561) 394-3399
           Fax:   (561) 394-3382
           lhooker@saxenawhite.com

who is a member of the Bar of this Court and who maintains an office in Florida for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

4.   Accordingly, the undersigned respectfully requests the Court's permission to appear in this case.

7

Dated: February 13, 2015.

_____
JONATHAN D. USLANER

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

Dated: February 13, 2015

_____
LESTER R. HOOKER

## APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF LOCAL COUNSEL (LOCAL RULE 2.02) AND CONSENT TO ACT

1. I, Brandon Marsh, hereby appear under Rule 2.02 of the Local Rules of the Middle District of Florida, in the above-entitled action on behalf of Plaintiff Lake Worth Firefighters' Pension Trust Fund, by whom I have been retained.

2. I certify that I will comply with the fee and email registration requirements of Rule 2.01(d). I am an attorney at Bernstein Litowitz Berger & Grossmann LLP, and am a member in good standing of the Bars in the Central and Northern Districts of California and the State of California. I am not a State of Florida resident and I do not maintain an office in Florida for the practice of law.

3. I hereby designate:

```
NAME:     Lester R. Hooker, Esquire
FIRM:     Saxena White P.A.
ADDRESS:  5200 Town Center Circle, Suite 601
          Boca Raton, FL 33486
          Tel.:  (561) 394-3399
          Fax:   (561) 394-3382
          lhooker@saxenawhite.com
```

who is a member of the Bar of this Court and who maintains an office in Florida for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

4. Accordingly, the undersigned respectfully requests the Court's permission to appear in this case.

Dated: February 13, 2015.

_____
BRANDON MARSH

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

Dated: February 13, 2015

_____
LESTER R. HOOKER

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, including the following:

| **Counsel for Defendants Rayonier Inc., David L. Nunes and H. Edwin Kiker** ||
|---|---|
| **Moseley, Prichard, Parrish, Knight & Jones**<br>Charles M. Trippe, Jr.<br>Joni A. Poitier<br>501 W Bay Street, Suite 200<br>Jacksonville, FL 32202<br>Tel: (904) 356-1306<br>Fax: (904) 354-0194<br>cmtrippe@mppkj.com<br>japoitier@mppkj.com | **Jones Day**<br>Janine Cone Metcalf<br>Michael J. McConnell<br>1420 Peachtree St NE, Suite 800<br>Atlanta, GA 30309<br>Tel: (404) 581-8656<br>Fax: (404) 581-8330<br>jmetcalf@jonesday.com<br>mmcconnell@jonesday.com |
| **Counsel for Defendant Hans E. Vander Noort** ||
| **Burr & Forman, LLP**<br>John R. Chiles<br>350 E Las Olas Blvd., Suite 1420<br>Ft. Lauderdale, FL 33301-4216<br>Tel: (954) 414-6200<br>Fax: (954) 414-6201<br>jchiles@burr.com | **Burr & Forman, LLP**<br>Gennifer L. Bridges<br>200 S. Orange Avenue, Suite 800<br>Orlando, FL 32801<br>Tel: (407) 540-6600<br>Fax: (321) 349-0722<br>gbridges@burr.com<br>jnelson@burr.com |
| Andrew W. Schilling<br>John Martin Hendele IV<br>**BuckleySandler LLP**<br>1133 Avenue of the Americas, Suite 3100<br>New York, NY 10036<br>Tel: (212) 600-2400<br>Fax: (212) 600-2405<br>ASchilling@BuckleySandler.com<br>JHendele@BuckleySandler.com | |

| Counsel for Defendant Paul G. Boynton ||
|---|---|
| **Friedman Kaplan Seiler & Adelman, LLP**<br>Jeffrey R. Wang<br>7 Times Square<br>New York, NY 10036-6516<br>Tel: (212) 833-1175<br>Fax: (212) 373-7975<br>jwang@fklaw.com | **Foley & Lardner, LLP**<br>Scott David Richburg<br>C. Ryan Maloney<br>1 Independent Drive, Suite 1300<br>P.O. Box 240<br>Jacksonville, FL 32202-0240<br>Tel: (904) 359-2000<br>Fax: (904) 359-8700<br>srichburg@foley.com<br>cmaloney@foley.com |

Dated: February 13, 2015

_____
LESTER R. HOOKER