UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

In re Rayonier Inc. Securities Litigation

Case No. 3:14-cv-1395-J-32JBT

MOTION TO WITHDRAW UNOPPOSED MOTION FOR HOWARD G. SMITH TO APPEAR *PRO HAC VICE*

Plaintiff Michael Christie ("Plaintiff"), by and through his attorneys, hereby moves to withdraw the Motion for Howard G. Smith to Appear *Pro Hac Vice* (D.E. 23). In support of this motion, Plaintiff states as follows:

1. The Motion for Howard Smith to Appear *Pro Hac Vice* ("PHV Motion") was filed on December 23, 2014, in *Christie v. Rayonier Inc. et al.*, Case No. 14-cv-01429-TJC-MCR;

2. The Court granted the PHV Motion on December 24, 2014, in the *Christie* action;

3. On January 9, 2015, the Court granted consolidation of the *Christie* action and four other related actions, into the within matter entitled, *In re Rayonier Inc. Securities Litigation*, Case No. 3:14-cv-1395-J-32JBT; and

4. On January 27, 2015, counsel for Plaintiff filed the Special Attorney Certification Form and paid the *pro hac vice* fees for Casey E. Sadler.

In accordance with the foregoing, Plaintiff respectfully requests withdrawal of the Motion for Howard G. Smith to Appear *Pro Hac Vice* (D.E. 23), and requests to be relieved of paying the *pro hac vice* fees associated therewith.

DATED: March 12, 2015          By: *s/Casey E. Sadler*

        GLANCY BINKOW & GOLDBERG LLP
        Casey E. Sadler (*pro hac vice*)
        1925 Century Park East, Suite 2100
        Los Angeles, CA 90067
        Telephone:  (310) 201-9150
        Facsimile:   (310) 201-9160

        *Counsel for Plaintiff Michael Christie*

        SAXENA WHITE P.A.
        Joseph E. White, III
        Lester R. Hooker
        5200 Town Center Circle, Suite 601
        Boca Raton, FL  33486
        Tel: 561 394-3399
        Fax: 561 394-3082

        *Liaison Counsel for Plaintiff Michael Christie*