UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: RAYONIER INC. SECURITIES LITIGATION

Case No. 3:14-cv-1395-J-32JBT

**CLASS ACTION**

**NOTICE OF APPEARANCE**

Pursuant to Rule 2.03, Local Rules, United States District Court, Middle District of Florida, please take notice that the undersigned hereby appear as counsel for Defendant Nancy Lynn Wilson, and copies of all pleadings, motions, and other papers should be served on the undersigned.

    BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
    Professional Association

By: s/John A. DeVault, III
    John A. DeVault, III
    Florida Bar No. 103979
    JAD@bedellfirm.com
    Michael E. Lockamy
    Florida Bar No. 69626
    MEL@bedellfirm.com
    101 East Adams Street
    Jacksonville, Florida 32202
    Telephone: (904) 353-0211
    Facsimile: (904) 353-9307

Counsel for Defendant Nancy Lynn Wilson

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this <u>10th</u> day of April, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants and further notify anyone else who is, or has ever been, on the Court's service list for this matter.

                                        <u>s/John A. DeVault, III</u>
                                        John A. DeVault, III
                                        Florida Bar No. 103979
                                        JAD@bedellfirm.com
                                        101 East Adams Street
                                        Jacksonville, Florida 32202
                                        Telephone:  (904) 353-0211
                                        Facsimile:  (904) 353-9307