**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE RAYONIER INC. SECURITIES LITIGATION | Civil Action No. 3:14-cv-1395-32JBT |

## DEFENDANT RAYONIER INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION TO DISMISS IN EXCESS OF PAGE LIMITS

Pursuant to Local Rule 3.01(d), Defendant Rayonier Inc. ("Rayonier"), through its undersigned counsel, hereby respectfully submits this Unopposed Motion For Leave To File Motion To Dismiss In Excess Of Page Limits. Rayonier requests leave to file a motion to dismiss the Complaint and accompanying memorandum of law in excess of the Local Rule 3.01(a) twenty-five (25) page limit. Specifically, Rayonier requests leave to file a motion to dismiss and accompanying memorandum of law that is no more than thirty-five (35) pages, excluding any table of contents, table of authorities, signature blocks, and certificate of service. The deadline for filing a response to the Complaint in this action is May 15, 2015. (Doc. 61).

Plaintiffs have filed a ninety-two page Complaint. Moreover, Plaintiffs advance numerous legal theories to support their allegations of Rayonier's liability under section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder. Thus, additional pages for Rayonier's accompanying memorandum of law in support of its motion to dismiss are warranted to allow Rayonier to fully respond to Plaintiffs' numerous allegations and counter their legal theories with applicable law. This matter is extremely fact-intensive, and, among

other things, Rayonier needs to address in detail many allegations of fact and many statements of the Defendants, which are put at issue in the Complaint.

Accordingly, Rayonier respectfully requests that the Court grant this Motion and that it be permitted to file a motion to dismiss the Complaint and accompanying memorandum of law not to exceed thirty-five pages, exclusive of any table of contents, table of authorities, signature blocks, and certificate of service.

## LOCAL RULE 3.01(G) CERTIFICATION

Counsel for Rayonier certifies that they have conferred with counsel for Lead Plaintiffs, and Lead Plaintiffs consent to the relief requested by this Motion.

Dated: May 6, 2015                                    Respectfully submitted by,

*/s/ Charles M. Trippe, Jr.*
Charles M. Trippe, Jr.
Trial Counsel
Florida Bar No. 69760
E-mail: cmtrippe@mppkj.com
Joni Alexis Poitier
Florida Bar Number No. 0022861
E-mail: japoitier@mppkj.com
MOSELEY, PRICHARD, PARRISH, KNIGHT & JONES
501 W Bay Street, Suite 200
Jacksonville, FL 32202
Tel:   904-356-1306
Fax:   904-254-0194

Attorneys for Defendant Rayonier Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2015, I electronically filed the foregoing Defendant Rayonier Inc.'s Unopposed Motion For Leave To File Motion To Dismiss In Excess Of Page Limits with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record who have appeared in the action.

*/s/ Charles M. Trippe, Jr.*
Charles M. Trippe, Jr.
Attorney for Defendant Rayonier Inc.