**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE RAYONIER INC. SECURITIES LITIGATION | Case No. 3:14-cv-1395-J-32JBT<br><br>**CLASS ACTION**<br><br>JURY TRIAL DEMANDED |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE AN OMNIBUS RESPONSE IN OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED CLASS ACTION
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

Lead Plaintiffs the Pension Trust Fund for Operating Engineers and the Lake Worth Firefighters' Pension Trust Fund (together, "Lead Plaintiffs"), through their undersigned counsel, hereby respectfully submit this Unopposed Motion For Leave To File An Omnibus Response In Opposition To Defendants' Motions To Dismiss The Consolidated Class Action Complaint For Violations Of The Federal Securities Laws.

By way of brief background, the four Defendants in this action filed on May 15, 2015 four motions to dismiss the Complaint, totaling 110 pages of briefing. (ECF Nos. 69-72). Pursuant to Local Rule 3.01(b), Lead Plaintiffs would be entitled to file four separate opposition briefs, totaling 80 pages. Lead Plaintiffs respectfully submit that an omnibus opposition brief to Defendants' motions, not to exceed fifty (50) pages, will promote efficient case management and reduce the burden on the Court by avoiding unnecessary pages and duplication.

Accordingly, pursuant to Local Rule 3.01(d), and in order to efficiently streamline adjudication of the motions, the undersigned counsel for Lead Plaintiffs respectfully request leave of Court to file a single omnibus opposition to Defendants' four motions to dismiss, not to exceed fifty pages.

## LOCAL RULE 3.01(G) CERTIFICATION

The undersigned counsel for Lead Plaintiffs has conferred with counsel for Defendants regarding the relief requested herein, and counsel for Defendants have confirmed that they consent to Lead Plaintiffs' request.

Dated: May 21, 2015

                Respectfully submitted,

                **SAXENA WHITE P.A.**

                */s/ Lester R. Hooker*
                Lester R. Hooker

        Maya Saxena (FL Bar No. 0095494)
        Joseph E. White, III (FL Bar No. 621064)
        Lester R. Hooker (FL Bar No. 32242)
        5200 Town Center Circle, Suite 601
        Boca Raton, FL 33486
        Telephone: (561) 394-3399
        Facsimile: (561) 394-3382
        msaxena@saxenawhite.com
        jwhite@saxenawhite.com
        lhooker@saxenawhite.com


        **BERNSTEIN LITOWITZ BERGER**
          **& GROSSMANN LLP**

        */s/ David R. Stickney*
        David R. Stickney

        David R. Stickney (*pro hac vice*)
        Jonathan D. Uslaner (*pro hac vice*)
        Brandon Marsh (*pro hac vice*)
        12481 High Bluff Drive, Suite 300
        San Diego, CA 92130
        Telephone: (858) 793-0070
        Facsimile:  (858) 793-0323
        davids@blbglaw.com
        jonathanu@blbglaw.com
        brandon.marsh@blbglaw.com
          -and-
        Gerald H. Silk (*pro hac vice*)
        Avi Josefson (*pro hac vice*)
        1285 Avenue of the Americas
        New York, NY 10019
        Telephone: (212) 554-1400
        Facsimile:  (212) 554-1444
        jerry@blbglaw.com
        avi@blbglaw.com

        *Counsel for Lead Plaintiffs the Pension*
        *Trust Fund For Operating Engineers and*
        *the Lake Worth Firefighters' Pension Trust*
        *Fund and Lead Counsel for the Class*


        **KLAUSNER, KAUFMAN, JENSEN &**

**LEVINSON**
Robert D. Klausner
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Lead Plaintiff the Lake Worth Firefighters' Pension Trust Fund*

4

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 21, 2015, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. This system will send electronic notice of filing to all counsel of record by operation of the Court's electronic filing system.

  I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 21, 2015.

            */s/ Lester R. Hooker*
            Lester R. Hooker