UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re Rayonier Inc. Securities Litigation

Case No.: 3:14-cv-1395-J-32JBT

**MOTION TO APPEAR *PRO HAC VICE* AND WRITTEN DESIGNATION AND CONSENT TO ACT PURSUANT TO LOCAL RULE 2.02**

Pursuant to Local Rule 2.02(a), Defendant, Hans E. Vanden Noort ("Defendant"), by and through his undersigned counsel, hereby moves for the *pro hac vice* admission of Caroline K. Eisner to represent said Defendant in this case. In support of this motion, Defendant states as follows:

1. Caroline K. Eisner ("Ms. Eisner") of the law firm of BuckleySandler LLP is not a Florida resident and does not maintain a regular practice of law in Florida. She is a member in good standing of the Bar of the State of New York, and is also admitted to practice in the United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York and the United States Court of Appeals for the Second Circuit.

2. Ms. Eisner has not been subjected to any disciplinary or suspension proceedings as a member of the Bar of any court, nor is any such proceeding pending against her.

3. Ms. Eisner is familiar with the Local Rules of this court, including Rule 2.04.

4. The appearance of Ms. Eisner as counsel for Defendant will not constitute the maintenance of a regular law practice in Florida and Ms. Eisner does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida. In the last five (5) years, Ms. Eisner has appeared in no other matters in the state and federal court of the State of Florida.

24299229 v1

5. A true and correct copy of the Special Admission Attorney Certification for Ms. Eisner is attached hereto. The original certification will be filed along with the requisite fee with the Clerk of the District Court, and Ms. Eisner will comply with the e-mail registration requirement of Local Rule 2.01(d) upon the granting of this motion.

### DESIGNATION OF LOCAL COUNSEL AND CONSENT TO ACT

6. Ms. Eisner hereby designates John R. Chiles and Gennifer L. Bridges of Burr Forman LLP as counsel upon whom all notices and papers may be served and who will be responsible for the progress of this case, including the progress of trial in the event of default of Ms. Eisner. John R. Chiles and Gennifer L. Bridges are members of the Bar of this Court and maintain offices in the Southern and Middle Districts of Florida, respectively.

WHEREFORE, it is respectfully requested that Caroline K. Eisner be allowed to appear and participate *pro hac vice* in the above proceeding.

Dated: June 15, 2015

*/s/ John R. Chiles*
John R. Chiles, Esq. (Fla. Bar No. 12539)
**BURR & FORMAN LLP**
350 East Las Olas Boulevard, Suite 1420
Ft. Lauderdale, Florida 33301
Telephone: (954) 414-6200
Facsimile: (954) 414-6201

Gennifer L. Bridges, Esq. (Fla. Bar No. 72333)
**BURR & FORMAN LLP**
200 South Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Facsimile: (321) 349-0722

*Local Counsel for Defendant Hans E. Vanden Noort*

**BUCKLEYSANDLER LLP**
Andrew W. Schilling  *(pro hac vice)*
John M. Hendele IV  *(pro hac vice)*
1133 Avenue of the Americas, Suite 3100
New York, NY 10036
Telephone: (212) 600-2400
Facsimile: (212) 600-2405

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 15th day of June, 2015:

Laurence M. Rosen, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
*Attorneys for Plaintiff Brown*
Email: lrosen@rosenlegal.com

Joseph E. White, III, Esq.
Lester R. Hooker, Esq.
Saxena White, P.A.
5200 Town Center Circle, Suite 601
Boca Raton, Florida 33486
*Liason Counsel for Plaintiffs Christie, Lake Worth Firefighters' Pension Trust Fund and Movant Pension Trust of Operating Engineers*
Email: jwhite@saxenawhite.com
Email: lhooker@saxenawhite.com

Lionel Z. Glancy, Esq.
Michael Goldberg, Esq.
Robert V. Prongay, Esq.
Casey E. Sadler, Esq.
Glancy Binkow & Goldberg LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Email: LGlancy@glancylaw.com
Email: Mmgoldberg@glancylaw.com
Email: RProngay@glancylaw.com
Email: CSadler@glancylaw.com
*Counsel for Plaintiff Christie*

Howard G. Smith, Esq.
Law Office of Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
*Counsel for Plaintiff Christie*

Christopher S. Polaszek, Esq.
Morgan & Morgan, P.A.
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
cpolaszek@morgansecuritieslaw.com
*Counsel for Plaintiff Keasler*

Jeffrey C. Block, Esq.
Jason M. Leviton, Esq.
Mark A. Delaney, Esq.
Steven P. Harte, Esq.
Block & Leviton LLP
155 Federal Street, Suite 400
Boston, MA 02110
*Counsel for Plaintiff Keasler*

Robert D. Klausner, Esq.
Klausner, Kaufman, Jensen & Levinson
10059 Northwest 1st Court
Plantation, Florida 33324
Email: bob@robertklausner.com
*Attorneys for Plaintiff Lake Worth Firefighters' Pension Trust Fund*

Gerald H. Silk, Esq.
Avi Josefson, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, New York 10019
jerry@blbglaw.com
avi@blbglaw.com
*Attorneys for Plaintiff Lake Worth Firefighters' Pension Trust Fund*

Jayne A. Goldstein, Esq.
Pomerantz LLP
1792 Bell Tower Lane, Suite 203
Weston, Florida 33326
jagoldstein@pomlaw.com
*Attorneys for Plaintiff Sating*

Jeremy A. Lieberman, Esq.
Francis P. McConville, Esq.
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Email: jalieberman@pomlaw.com
Email: fmcconville@pomlaw.com
*Attorneys for Plaintiff Sating*

Peretz Bronstein, Esq.
Bronstein Gewirtz & Brossman LLC
60 East 42nd Street, Suite 4600
New York, New York 10165
Email: peretz@bgandg.com
*Counsel for Plaintiff Sating*

Michael J. McConnell, Esq.
Janine C. Metcalf, Esq.
Jones Day
1420 Peachtree Street, N.E. , Suite 800
Atlanta, GA 30309-3053
Email: mmcconnel@jonesday.com
Email: jmetcalf@jonesday.com
*Attorneys for Defendants Rayonier Inc., H. Edwin Kiker, and David L. Nunes*

Charles M. Trippe, Jr., Esq.
Joni Alexis Poitier, Esq.
Moseley, Prichard, Parrish, Knight & Jones
501 W Bay Street
Suite 200
Jacksonville, FL 32202
E-mail:   cmtrippe@mppkj.com
E-mail:  japoitier@mppkj.com
*Attorneys for Defendants Rayonier Inc., H. Edwin Kiker, and David L. Nunes*

Jeffrey R. Wang, Esq.
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036
E-mail:  jwang@fklaw.com
*Attorney for Defendant Paul G. Boynton*

Scott. D. Richburg, Esq.
Foley & Lardner LLP
One Independence Drive, Suite 1300
Jacksonville, FL 32202
Email: srichburg@foley.com
*Attorney for Defendant Paul G. Boynton*

                                                                    */s/ John R. Chiles*
                                                                    John R. Chiles, Esq. (Fla. Bar No. 12539)

24299229 v1

# EXHIBIT A

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>    **CAROLINE KATHRYN EISNER**    </u>, Bar # <u>    **CE2730**    </u>

was duly admitted to practice in this Court on

<u>    **AUGUST 14th, 2012**    </u>, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>   on   <u>    **JUNE 11th, 2015**    </u>

<u>     Ruby J. Krajick     </u>          by <u>  [signature]  </u>
Clerk                                          Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SPECIAL ADMISSION
ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

In Re: Rayonier Inc.
Securities Litigation

Plaintiff(s)/Petitioner(s),

v.

CASE NO. 3:14-cv-1395-J-32JBT

Defendant(s)/Respondent(s)

I, Caroline K. Eisner _____ (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of Defendant Hans E. Vanden Noort _____ (p-arty represented).

**ATTORNEY INFORMATION**

Firm Name: BuckleySandler LLP
Address: 1133 Avenue of the Americas
City: New York   State: NY   Zip: 10036
Firm/Business Phone: (212) 600-2400   Alternate Phone: (212) 600-2355
Firm/Business Fax: (212) 600-2405
E-mail Address: ceisner@buckleysandler.com

**ATTORNEY CERTIFICATION**

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. **NOTE**: If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_Caroline Eisner_   06·03·15
Signature           Date

Revised 01/01/15                                                                 Page 1 of 2

## CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

## ATTORNEY SPECIAL ADMISSION FEE

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $150.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $150.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.