# EXHIBIT 1

# Rayonier Inc at REITWeek: NAREIT's Investor Forum

New York Jun 9, 2015 (Thomson StreetEvents) -- Edited Transcript of Rayonier Inc presentation Tuesday, June 9, 2015 at 7:00:00pm GMT

CORPORATE PARTICIPANTS
   Dave Nunes, Rayonier Inc. - President and CEO
   Mark McHugh, Rayonier Inc. - SVP and CFO
CONFERENCE CALL PARTICIPANTS
   Collin Mings, Raymond James - Analyst

# PRESENTATION

**Collin Mings**, Raymond James - Analyst

Good afternoon. I'm Collin Mings, the timber REIT analyst at Raymond James. And I'm joined today by Dave Nunes, President and CEO of Rayonier; as well as Mark McHugh, CFO of Rayonier.

It's been a busy year for Dave and the Company as it's been -- as it's completed a spinoff of its performance fibers business last summer. As well as Dave has conducted an internal review, which led to some changes as far as the Company's strategy going forward in harvest plans.

During this time, though, the Company has continued to grow its timberland portfolio and its balance sheet remains lowly levered and well-positioned to continue to complete acquisitions going forward.

So really given the set up there of a company that's now focused on a pure-play timber strategy going forward, I'll turn it over to Dave to talk through the Company and their plans going forward. Dave?

**Dave Nunes**, Rayonier Inc. - President and CEO

Great. Thanks, Collin, and welcome and thanks for your time today. I'm going to be skipping through. This is a subset of a broader presentation that would take far longer than 30 minutes to go through. So if you'll bear in mind as we jump through. I'll start on Slide 3 in this presentation and really talk about what Rayonier looks like today.

We are the leading pure-play timber REIT. We're the third largest of five timber REITs out there in the public REIT space. We have 2.7 million acres. We've got great geographic diversity located in prime markets in the US South, Pacific Northwest and New Zealand. And we'll get into a little bit more detail but we've got strategically positioned timber in very competitive wood baskets, especially in the US South.

And importantly, we've got a higher proportion of our recurring cash flow from timber operations than our peers. We've had some success growing our asset base over the last number of years. Since 2011, we've added $800 million of high-quality timber, primarily in the US South.

We've got an attractive real estate portfolio with lands. And pretty much in the US South, roughly 1% of our lands are sold each year as higher and better use real estate. And then along the coastal corridor in coastal Florida and Georgia, we have an additional subset of our acreage there that's got a high-quality land base.

We've made some announcements recently on some near-term development plans that we're undertaking. And then lastly, we've got a strong capital structure. Our net debt to enterprise value at the end of Q1 was 15% which was favorable relative to our industry peers. And we've got a lot of capacity to grow that.

Slide 4 gives you a map of where our properties are located throughout the ten US states as well as New Zealand. So I'll skip ahead to Slide 6. This is an overview of our southern timber geography. We've got 1.9 million acres.

You can see there's quite a concentration of that in the south Florida -- or excuse me, south Georgia, north Florida geography where we've got roughly 50% of our southern acreage in that area. You can see the harvest profile of these southern lands on this slide. These are -- these represent sustainable harvest levels going forward as well.

Importantly, in the lower right you can see how the EBITDA has grown through time. From 2011 to 2014, we've seen that EBITDA grow by roughly double. And I'd say that slightly less than half of that growth is a function of the acquisitions that we've done. The balance is from strong markets.

And if we skip ahead to Slide 11 in this presentation, this is a break-down of the southern ownership as defined by Timber Mart-South. Timber Mart-South does industry price tracking by regions. They have typically two regions per state. One refers to a northern area, two refers to a southern area.

And what you can see on this chart is that not all timber and not all regions are created equally. You've got prices at the high end that on a composite basis, and this is a composite assuming 50% pulp wood, 30% chip and saw, and 20% saw timber, you've got composite stumpage prices in excess of $20 a ton. On the bottom end, that goes down to $10.

We have highlighted our top five geographies in terms of where we own land. And importantly, the two strongest pricing geographies, Florida 1 and Georgia 2 along the coast of Florida and Georgia, are the two strongest geographies. And we've got over 50% of our land in those areas.

And some of that's a function of strong pulp wood demand where you've got a number of our pulp wood customers who are located on the coast. And because of that have more limited radius for how they supply their mills.

And you can see how our pricing, that gives you a sense of the geography. Slide 12 shows you what it looks like in a total composite sense. And so you can see that Rayonier enjoys much stronger pricing in the South for both pulp wood and saw timber. And so it's -- this is, I think, one of the advantages that the Company has. We're in very competitive wood baskets.

Flipping ahead to Slide 14, we'll talk about the Northwest. The Company has just under 400,000 acres in the Northwest. Its land is primarily in coastal Washington where you've got heavy hemlock and Douglas fir are the predominant species.

You can see this harvest profile on the right from 2010 to 2014. I would note, however, that from our announcements last fall, we'll be bringing the harvest down in the Northwest to approximately 1 million tons a year by 2017 and holding it there for roughly a decade, associated with returning to a sustainable level of harvest in the Northwest.

You can see the historical EBITDA pattern as well in the lower right there on Slide 14. And again, I'd say because of the lower harvest levels, we're going to see less cash flow coming from this geography.

If you turn one slide up to Slide 15, one of the pieces of good news from the Northwest is that the Northwest, courtesy of strong export markets, is already enjoying very strong pricing. And you can see the impact that export flows have had in the Northwest by combining lumber volumes with log exports converted and described in a lumber scale.

And so a couple takeaways here. One, in a total demand sense, we're essentially in the Northwest similar to where we were at the end of the last housing spike. And so we've got strong demand and because of that, you're seeing prices that have returned and have exceeded pricing from the last peak.

The other nuance that you see is the purple line that represents Western hemlock. You can see there's a price compression relative to Douglas fir. And that's really courtesy of the China export demand.

China tends to, because it uses wood for a lower-quality concrete forming, it works from the bottom up in terms of wood quality. And so we've seen more demand from China from western hemlock than we have Douglas fir. And so hence that price compression.

Shifting to New Zealand on Slide 16, we've got just over 400,000 acres in New Zealand. It's broken up in five geographies within New Zealand. This is a joint venture that Rayonier owns a 65% interest. We acquired controlling interest of that back in 2013. And our partner on that is [Fonos] Timber, which is a publicly listed UK fund manager.

If you turn to Slide 17, you can see the real story with New Zealand is its access to export markets. And I think that from our viewpoint, New Zealand offers great market diversification. And there's three key export markets that make New Zealand quite distinct from the Pacific Northwest as another export geography.

The first is access to Korea, the second is the China market, and the third is India, all of which New Zealand has a dominant market share. And so we like it from a diversification standpoint. Recognize also that most of the sales in New Zealand that are export, which is 40% of the mix, are sold in US dollars. And so we've -- as -- we've enjoyed some currency translation gains as well.

So that's a quick summary of our assets. If you turn ahead to Slide 21, talk a little bit about our acquisitions strategy. On the acquisition side, we have really been focused on acquiring lands that add to our cash flow generating capacity.

And what this chart shows is that over the last year and a half, going -- dating back to the beginning of 2014, we have either acquired or have under contract roughly $200 million of timberlands, about 100,000 acres.

And these properties represent a much more cash-rich or higher cash coupon or yield relative to our legacy lands. And this has helped us close the funding gap that we have on our dividend.

When we reset our dividend last November, we acknowledged that we were going to be not quite funding that in 2015. We've been focusing on acquisitions that help us get there. And you can see in the lower right on that chart, the new properties that we've added to the portfolio are producing 4.9 tons per acre per year, relative to the 2.9 tons per acre that we averaged across the US South last year.

Switching to our real estate segment on Slide 22, this is a snapshot of the acreage that we own along the coastal corridor. I would say that first and foremost this is high-quality timberlands. Most of this will be -- will remain in timberland for the better part of all of our lives. But there are subsets of this that will have higher and better use as real estate.

And if you turn to Slide 23, we can talk a little bit about some of the efforts that we've undertaken over the last year to look at that. This represents a prioritization that our real estate group did across that 200,000 acres. We broke this property down into 25 distinct projects and then prioritized those across the top six.

And within those six, we have embarked on two of them. The Belfast Commerce Center, which is a property that's just south of Savannah, is an industrial park. It services -- and its main claim to fame is its access to the Port of Savannah, which is only 16 miles away.

It's got rail access and highway access. And we have our first sale out of that was to Caesarstone, which makes compressed countertops for homes. And that plant opened up last year after the property was sold to them in late 2013.

And then we have an East Nassau mixed use project. This is a project north of Jacksonville. And if you turn ahead to Slide 25 and 26, we've got some more information on that project.

Slide 26 shows you that the general market growth in the Jacksonville area over the past number of years has been to the south. That land has largely been consumed and the next area of growth for Jacksonville is to the north.

And that northern direction of growth has to go through the Rayonier ownership. We selected the property that we thought was most market-ready for that, a property that sits just at the interchange of A1A and I-95.

The property enjoys today 40,000 trips of cars going past it daily. We feel it's got some of the market readiness. We have catalyzed

And we feel that this project, which we anticipate will take ten years to complete, will not only add value to that particular property. But recognize we own 20,000 acres within a five mile radius of that property and feel like it will help unlock value in surrounding lands.

Let me wrap this up with a couple more slides. First on Slide 28, this is a recap of the strategic priorities that we laid out last November following our announcements. There are five main areas.

The first is managing for sustainability. This might sound obvious for a timber company but it's something that wasn't being done. We are going to be doing that going forward. And the second, acquiring high-quality timberlands. We're very focused on improving the quality of our portfolio through acquisitions, not simply growing for growth's sake.

The third is to optimize that portfolio, looking for areas where we've got higher and better use opportunities that we can monetize to improve the quality of our portfolio and its performance.

I'd say all three of those are basic blocking and tackling that you would expect in any timber company. The other two I think are newer twists that we're adding. The first is a focus on quality of earnings.

This is something that I think we feel very strongly that as a timber REIT, our income should be much more heavily focused on core timber harvest operations. We want to de-emphasize the sale of non-strategic land simply to augment cash flow or serve the dividend.

And so this is something where we've had a little bit of a departure on the Company's past as well as with some of our peers. And then that goes hand in hand with the last, which is enhanced disclosure. I think generally the timber segment has not had very good disclosures.

We are working to improve that for Rayonier. And we're offering increasingly detailed disclosures on the quality of our assets and how we're managing them. And to help people basically value those properties going forward.

So the last slide before I open it up to questions is just a summary of Rayonier as an attractive investment alternative. And we really break this down into four areas. First of all, the timber asset class as a whole we think is poised for growth. We've got steady but slow improvement in housing over the last few years.

We see a continued progression over the next few years. And then as you think about where housing will look like when it peaks again, there are going to be two important things that are different.

One is on the supply side. Canada, which has historically been a very large supplier of timber and lumber into the US, is suffering from a reduction in supply both in eastern Canada and western Canada that we think will each represent roughly 200,000 housing start equivalent in terms of reduced supply.

And then the second is the advent of China. China has been -- China was not present in the US market at the peak of the last housing cycle. It has returned and over the last few years, China has been consuming roughly the equivalent of about 400,000 housing start equivalents.

So you've got -- as you go to the next housing peak, we're going to see more demand from China, less supply from Canada, and we think those are good dynamics for the timber asset class as a whole.

We also believe that Rayonier's uniquely positioned in terms of where our lands are located. We've got great market diversification. We're in some of the prime soft wood timber growing areas in the world in terms of the US South, the Pacific Northwest, and New Zealand.

And we've got superior pricing in the US South, as I walked you through, based on fairly tensioned wood baskets. And then we've got an advantageous real estate platform that we think will be able to add value. Especially to those coastal corridor properties. And then lastly, we've got low levels of debt relative to our competition, which we think gives us ample opportunities to grow.

We've put in place strategies to deliver sustainable results. And again, I'll repeat, we have the highest proportion of cash flows from recurring timber harvest operations in the segment. We have a dividend that's been established without the need for land sales to meet it. And we intend to be the industry leader in transparent investor communications.

And then lastly, we've got a good discount to underlying NAV. Following our third quarter announcements last November, our stock took a big dip and we think it's very attractively priced relative to the underlying asset value.

So with that, Mark and I would be happy to spend the rest of our time here addressing any questions that you might have.

# QUESTIONS AND ANSWERS

**Analyst:** Collin Mings, Raymond James - Analyst

**Question – Collin Mings:** Okay, thank you for that, Dave. I guess to get the ball rolling here, just going back to that point about the stock trading at a discount to NAV right now. How do you think about the trade-off of potentially looking at buying back stock versus being active as far as pursuing acquisitions?

**Answer – Dave Nunes:** Yes, good question. And this is a common theme that we get in talking with investors. And I think we have -- we differentiate between NAV accretive and CAD accretive.

And certainly share buybacks are NAV accretive. They're not necessarily CAD accretive. And this is an area where as we're trying to close the funding gap with our dividend, we want to make sure that we're doing things that help in that.

And so we feel that acquisitions gives us a better chance today in closing that gap from a CAD standpoint. And so I think as a board and as a management, we're going through the discussions on this very trade-off. I think in the end, we'll probably have some mixture of the two.

**Question – Collin Mings:** Okay. And then just thinking about the business fundamentals. And, Dave, you spent some time and there's some very interesting slides, really Slides 7 through 12, in here that really outline the particular case of the quality of your timberland in the US South.

But maybe just talk a little bit more about what you're seeing in terms of any sort of pricing momentum here for the last three to six months in the South between solid logs and pulp wood. And maybe just update us on what you're seeing in the Pacific Northwest, because that was particularly in the West was an area that was more of a concern to start the year as far as the outlook in pricing.

**Answer – Dave Nunes:** Yes, and I'd say that if you break the South up between our coastal properties that are in the Atlantic seaboard and the Gulf properties, we've seen some different behavior from a pricing standpoint.

We continue to be in very tensioned wood baskets along the Atlantic coast. And so we've seen strong pricing in those geographies. In the Gulf region, however, we've had a lot of rain this year. And so that has impaired our ability to harvest wood. It's caused prices to increase but if you can't harvest the wood, you can't enjoy the stronger pricing.

And so that's been a struggle, especially with some of the flooding that's occurred lately in the Texas and Louisiana area. Moving to the West, a couple things have been going on. One, the Pacific Northwest has seen a big drop-off in shipments to China this year. Really is a function of the strong currency and relative to other supplying regions.

And then two, the Pacific Northwest had a pretty mild winter. And so it allowed for more harvest to occur at a time where the domestic market just wasn't that vibrant. And so the market was overtaken, I think, by supply. And we've seen pretty soft pricing environment in the Pacific Northwest.

**Question – Collin Mings:** Have you started to see any signs of that Pacific Northwest pricing has stabilizing or ticking higher? Or do you still see some downward pressure going into the back half of the year?

**Answer – Dave Nunes:** I mean, I'd still say it's certainly going to be challenging certainly through the first half of the year.

**Question – Collin Mings:** Okay. And then just touching a little bit more on the US South. I mean, there's been some new mills. The Klausner mill that opened up in Florida. Just can you talk a little bit more about some of the momentum there as you think about some of the larger lumber companies that have been increasing their presence in the region? And different things you're doing to kind of take advantage of kind of your positioning there.

**Answer – Dave Nunes:** Yes. I mean, I think as you think about the housing recovery in the US is going to have to be met, the lumber demand is going to have to be met by a pretty significant increase in production coming out of the South.

And this is kind of a known fact. The question is how are we going to get there? And so the Klausner mill that Collin mentioned is a new Greenfield mill in north Florida. That's a start. We're seeing a number of Canadian lumber firms coming in and buying southern sawmills.

Roughly a third of the capacity in the South now is owned by Canadian sawmill companies. And that's been important in the sense that we're seeing capital put in place to increase production from those facilities. And I really see ultimately those facilities will have to be operating at a much higher level for us to meet demand. And I think you're going to continue to see price pressure as that progresses.

**Question – Collin Mings:** Okay. Going to open up to the audience. Yes, sir?

---

**Analyst:** Unidentified Audience Member

**Question – Unidentified Audience Member:** I'm trying to understand. It seems somewhat contradictory your statements about value creation where you emphasized (inaudible) from upside potential. And then your quality of earnings -- sale of no -- you're not -- because you don't want to sell it as (inaudible). I'm trying to grasp what exactly are you talking about?

**Answer – Dave Nunes:** Yes, what we're referring to there, when we talk about quality of earnings, is selling core timberlands at core timberland prices. So it's simply meeting cash flow needs from selling your typical timber at typical timber values.

When we talk about adding value through our real estate segment, we want that value to be focused on where we're getting upside for those properties. And so we're going to see that in two areas. One is in rural sales. And then two, our projects like I talked about with this East Nassau project.

**Answer – Mark McHugh:** And I'll just add that as it relates to the reference to non-timber income. That would include ancillary revenues within our timber business, things like recreational leases, that we would consider to be part of our core recurring timber operations.

That's not a reference to land sales and the like. That's really a reference to those ancillary revenues that are part and parcel of timberland.

**Answer – Dave Nunes:** And those are roughly $10 an acre per year with the largest component of those being hunting leases.

**Question – Unidentified Audience Member:** (inaudible) you own the property free and clear (inaudible) anything or maybe a cell phone company that wants to put towers that you can -- are you getting any revenue (inaudible)?

**Answer – Dave Nunes:** Yes, that's all part of that $10 an acre per year. So we -- it's a broad spectrum of revenues from cell towers to leases for minerals to pipeline easements to hunting leases.

**Answer – Mark McHugh:** But the vast majority of it is in the US South, and it's related to hunting leases.

**Answer – Dave Nunes:** Yes, sir?

**Question – Unidentified Audience Member:** What is the core -- value of timberland in the southeast per acre? And also in the northwest? (inaudible).

**Answer – Dave Nunes:** Yes, it's quite variable. I'll let you take a stab, as you think about a range.

**Answer – Mark McHugh:** Yes. I mean, I think a reasonable benchmark for US South timberland values is the NCREIF index. NCREIF publishes a timberland index that tracks appraised values for a broad portfolio of private timberland owned by the TIMO space.

And so I think currently that index tracks an aggregate portfolio that would comprise about 10 million acres in the US South. And so, yes, I would say that that's a reasonable barometer of current prices there.

Again, one of the things that we've done in this presentation is try to differentiate between good timber and lower quality timber. And there's certainly ranges around that but when you own millions of acres, it tends to be by definition somewhat average in nature. And so I think that's --

**Question – Unidentified Audience Member:** What is the range?

**Answer – Mark McHugh:** Well, that -- the NCREIF index, I believe, is right around $1,700 per acre right now. But again, that range in the US South can vary from probably $1,000 an acre to $3,000 an acre.

**Answer – Dave Nunes:** Yes.

**Question – Unidentified Audience Member:** And in the northwest?

**Answer – Mark McHugh:** In the northwest, there's an index that tracks the northwest as well. It's not as specific to the -- the northwest, you have to kind of think of west of the Cascades and east of the Cascades being two pretty distinct markets.

That NCREIF index would include acreage east of the Cascades, which isn't as high-quality and high priced. I believe the NCREIF index in the Pacific Northwest is currently in the sort of high $2,000s, maybe 20 --

**Answer – Dave Nunes:** Yes, it's, like, $2,600 an acre. But that includes that mixture of east side and west side lands.

**Answer – Mark McHugh:** And west side timberland, again, it can be -- it's an even wider range than what you see in the US South. It can probably go anywhere from $2,200 or $2,300 an acre all the way up to maybe $6,000 an acre. But I'd say in that sort of $2,500 to $4,000 an acre is more common for west side, Pacific Northwest timberland.

**Question – Unidentified Audience Member:** Can you re-state the names of the two indices?

**Answer – Mark McHugh:** NCREIF, it's National Council of Real Estate Investment Fiduciaries. They publish a number of different indices. And they have a timberland index which is one of those.

**Question – Unidentified Audience Member:** Okay, thank you.

---

**Analyst:** Collin Mings, Raymond James - Analyst

**Question – Collin Mings:** Yes, sir?

---

**Analyst:** Unidentified Audience Member

**Question – Unidentified Audience Member:** Is the existing portfolio well-positioned (inaudible)? Or how do you think about it? Because I (inaudible) currently have in order to be able to cover (inaudible).

**Answer – Dave Nunes:** Yes. Yes, and thank you. I think the short answer is yes. And what I would say to that is roughly -- we're projecting that we're roughly in the neighborhood of $100 million of free cash flow to go against that CAD coverage against a dividend that's about $127 million this year.

And we really see three areas where that gap will get closed. One is the acquisitions that we've been introducing that are representing a higher yield. Two is we see some debt restructuring possibilities to lower our interest expense.

And then three, as we have general market recovery, we're positioned in very strong markets that we think will benefit. And I think that putting the three of those together, we feel pretty confident that we'll close that gap pretty readily.

---

**Analyst:** Collin Mings, Raymond James - Analyst

**Question – Collin Mings:** Yes, sir?

---

**Analyst:** Unidentified Audience Member

**Question – Unidentified Audience Member:** (inaudible) intention, the presentation that was behind you, was that like a cyclical thing? Or is that something that was just (inaudible)?

**Answer – Dave Nunes:** It's a pretty episodic event. Recognize that the trees started dying off in the early 2000s. Today we have over 50% mortality. But the important thing is, as those trees have died, they have a limited shelf life where they can still be harvested.

And that's generally viewed as a ten-to-12-year period before they're no longer usable. Much of that -- and during this time as the trees were dying off, allowable cuts were increased to allow for salvage of those trees.

A lot of that wood flowed to Canada. So we've seen the Canadian supply of lumber -- exports to Canada or lumber imports to China, excuse me, are very significant. And so and conversely, some of the wood has blue stain that doesn't make it as applicable for the US market. This dead wood.

And so we see -- and recognize that you're dealing with areas that have a very, very long-term rotation. Upwards of a hundred years. And so as we move through this situation, you're not going to see increased supply from that region for a long time.

**Analyst:** Collin Mings, Raymond James - Analyst

**Question – Collin Mings:** Any other questions from the audience? Yes, sir?

**Analyst:** Unidentified Audience Member

**Question – Unidentified Audience Member:** I remember reading an article in Barron's a couple years, few years -- I can't remember exactly when. (inaudible) and they interviewed the (inaudible) investment manager [Jerry Grantham]. (inaudible) And he was touting the unique qualities of timberland as an asset class.

And he was quoted in Barron's as saying something to the effect of that in order to do that, you -- they had either (inaudible) investor couldn't get into that because the only way of doing it was through private REITs. Or privately owned timber (inaudible).

And he implied that what (inaudible) REITs -- the publicly traded REITs were not suitable. Would not gain an advantage. I never understood why (inaudible).

**Answer – Dave Nunes:** Well, a lot of --

**Question – Unidentified Audience Member:** (inaudible - microphone inaccessible)

**Answer – Dave Nunes:** Yes, I'm happy to address that. If you go back in time when timber became an asset class of its own in the 1980s, you really didn't have a good public equity vehicle as an alternative. You had companies that owned timber were in vertically integrated forest products companies. And you were essentially buying something that was fully correlated to the market.

One of the arguments for timber in a -- as an investment class is that it's not correlated to other assets, if you can isolate it, which is what he's referring to. And so as you've moved through time and the timber REITs started in 1999, and those timber REITs have subsequently shed a lot of their manufacturing assets and have become much closer to the private equity market.

And I think over time, you're going to see more cross-over investment because I think we're moving in the direction that he talked about where -- and I think Rayonier's a good example of that.

We don't have manufacturing assets. And so we believe we're going to represent a liquid alternative for folks that are considering timber that might otherwise go to the private equity side.

**Answer – Mark McHugh:** And I would add to that, a couple years ago you really didn't have a pure-play timber REIT within the sector. You know, Rayonier still had its performance fibers business which we spun off last year, which was a large portion of EBITDA, which was a specialty pulp manufacturing business. And really all the other timer REITs in existence at the time had exposure in manufacturing.

**Analyst:** Collin Mings, Raymond James - Analyst

**Question – Collin Mings:** Well, thank you very much, Dave and Mark. They will be down -- if you want to ask them some questions, we do have a few minutes after the presentation. But that concludes our time today. So thank you all for attending and thank you, Dave and Mark, for presenting.

StreetEvents transcripts content provided by Thomson Reuters