**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re Rayonier Inc. Securities Litigation

Case No. 3:14-cv-1395-J-32JBT

_____

**HONORABLE TIMOTHY J. CORRIGAN, United States District Judge**
Courtroom Deputy: Marielena Diaz
Court Reporter: Shannon Bishop

Counsel for Plaintiffs:                          Counsel for Defendants:
Maya Saxena                                      Michael J. McConnell
David Ronald Stickney                            Janine Cone Metcalf
Joseph E. White, III                             Charles M. Trippe, Jr.
Lester R. Hooker                                 Michael E. Lockamy
Robert D. Klausner                               John Andrew DeVault, III
                                                 John Martin Hendele, IV
                                                 Andrew Schilling
                                                 Jeffrey R. Wang
                                                 Christopher Ryan Maloney

_____

**CLERK'S MINUTES**

PROCEEDINGS:      Hearing on motions to dismiss

•      Argument by counsel.

•      Order to enter.

_____

DATE:  August 25, 2015                           TIME:  9:56 a.m. - 12:55 p.m.