# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re Rayonier Inc. Securities
Litigation

Case No. 3:14-cv-1395-J-32JBT

## O R D E R

Defendants in this consolidated private securities fraud class action contend the case should be dismissed on the grounds that Lead Plaintiffs have failed to adequately plead their claims under the various applicable pleading standards. (Docs. 69, 70, 71, 72.) Lead Plaintiffs respond that they have more than met their pleading obligations. (Doc. 76.) Defendants filed a joint reply in support of their motions. (Doc. 78.)

On August 25, 2015, the Court held a hearing on the motions to dismiss. (Doc. 79.) Upon review of the parties' written submissions and oral arguments, the applicable law, and the record, the Court finds that the motions should be granted for the reasons stated on the record at the hearing, which are incorporated herein.

Accordingly, it is hereby

**ORDERED**:

1. The motions to dismiss (Docs. 69, 70, 71, 72) are **GRANTED**. The consolidated class action complaint (Doc. 64) is **DISMISSED without prejudice**.

2. On or before **September 25, 2015**, Lead Plaintiffs shall file any amended consolidated class action complaint.

3. On or before **October 26, 2015**, the defendants shall file any motion(s)

to dismiss the amended consolidated class action complaint. Defendant Rayonier's motion to dismiss shall be no longer than thirty-five (35) pages. Any separate motion to dismiss filed by Defendants Boynton, Vanden Noort, or Wilson shall be no longer than fifteen (15) pages. Alternatively, by the same date, any defendant may file an answer to the amended consolidated class action complaint.

4.   On or before **December 4, 2015**, Lead Plaintiffs shall file one consolidated response to the motion(s) to dismiss, not to exceed fifteen (50) pages.

5.   On or before **December 18, 2015**, the defendants shall file one joint reply in support of their motions to dismiss, not to exceed fifteen (15) pages.

6.   The Clerk should terminate H. Edward Kiker and David L. Nunes as defendants in this case.

**DONE AND ORDERED** at Jacksonville, Florida this 26th day of August, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Counsel of record

2