## CERTIFICATION AND AUTHORIZATION OF LEAD PLAINTIFF

I, Richard Vera, on behalf of the Pension Trust for Operating Engineers ("Operating Engineers"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am authorized in my capacity as Executive Director of Operating Engineers to initiate litigation and to execute this Certification on behalf of Operating Engineers.

2. Operating Engineers did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Operating Engineers is willing to serve as a representative party on behalf of the Class, including by providing testimony at deposition and trial, if necessary.

4. Operating Engineers' transactions in Rayonier, Inc. common stock are set forth in the Schedule A attached hereto.

5. Operating Engineers has sought to serve and was appointed as lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *City of Sterling Heights Police & Fire Retirement System v. Kohl's Corp.*, No. 1:13-cv-1159 (E.D. Wis.)

    *In re Ariad Pharmaceuticals, Inc. Securities Litigation*, No 1:13-cv-12544 (D. Mass.)

    *Iron Workers District Council of New England Pension Fund et al. v. NII Holdings, Inc. et al.*, No. 1:14-cv-00227 (E.D. Va.)

    *Oklahoma Firefighters Pension & Retirement System v. Rayonier Advanced Materials, Inc. et al*, No 3:15-cv-00546 (M.D. Fla.)

6. Operating Engineers has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending:

    *Miami Police Relief & Pension Fund v. Fusion-io, Inc.*, No. 5:13-cv-05368 (N.D. Cal.)

    *International Association of Heat and Frost Insulators and Asbestos Workers Local #6 Pension Fund v. International Business Machines Corporation et al*, No. 1:15-cv-02492 (S.D.N.Y.)

7. Operating Engineers will not accept any payment for serving as a representative party on behalf of the Class beyond Operating Engineers' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 24th day of September, 2015.

Pension Trust for Operating Engineers

Richard Vera, Executive Director

# SCHEDULE A
## The Pension Trust for Operating Engineers
## Transactions in Rayonier, Inc.

**Beg. Hold.**       3,740

| Common Stock Purchases | | | | Common Stock Sales | | |
|---|---|---|---|---|---|---|
| Date | Shares | Price | | Date | Shares | Price |
| 10/26/10 | 1,911 | $25.50 | | 12/28/10 | 839 | $26.41 |
| 11/08/11 | 612 | $31.20 | | 02/25/11 | 29 | $29.90 |
| 01/11/12 | 222 | $33.94 | | 03/16/11 | 29 | $29.94 |
| 08/16/13 | 8,074 | $41.03 | | 05/25/11 | 21 | $32.76 |
| 12/23/13 | 3,437 | $31.77 | | 07/18/11 | 23 | $32.55 |
| 01/27/14 | 2,700 | $33.49 | | 08/24/11 | 2,202 | $30.09 |
| 01/27/14 | 40,090 | $33.28 | | 09/12/11 | 1 | $29.70 |
| 01/27/14 | 3,500 | $33.32 | | 09/29/11 | 2,350 | $27.83 |
| 02/03/14 | 9,856 | $32.42 | | 02/15/12 | 136 | $33.65 |
| 02/03/14 | 1,400 | $32.41 | | 03/23/12 | 834 | $32.82 |
| 02/04/14 | 6,724 | $32.61 | | 04/27/12 | 23 | $33.80 |
| 02/27/14 | 18,880 | $34.76 | | 08/26/13 | 63 | $42.07 |
| 04/11/14 | 43 | $32.43 | | 09/26/13 | 51 | $41.68 |
| 05/15/14 | 2,033 | $33.70 | | 11/26/13 | 37 | $32.69 |
| | | | | 12/20/13 | 35 | $31.85 |
| | | | | 12/27/13 | 48 | $31.82 |
| | | | | 03/31/14 | 42 | $34.26 |
| | | | | 04/28/14 | 67 | $34.29 |
| | | | | 04/30/14 | 16 | $33.66 |
| | | | | 05/28/14 | 127 | $35.01 |
| | | | | 06/27/14 | 9,780 | $36.22 |
| | | | | 07/10/14 | 2,033 | $35.18 |
| | | | | 07/29/14 | 2 | $34.15 |
| | | | | 08/27/14 | 6 | $34.09 |
| | | | | 10/29/14 | 5 | $32.75 |
| | | | | *Post Class Period Sales* | | |
| | | | | 11/18/14 | 35,830 | $26.47 |
| | | | | 11/26/14 | 19,175 | $27.33 |
| | | | | 12/04/14 | 4,501 | $27.20 |
| | | | | 12/04/14 | 5,221 | $27.26 |
| | | | | 12/08/14 | 18,423 | $26.96 |
| | | | | 12/19/14 | 7 | $27.82 |

Note:
Transactions prior to August 25, 2011 adjusted for 3:2 stock split