## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Mark Lamb, on behalf of Lake Worth Firefighters' Pension Trust Fund ("Lake Worth"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chairman of Lake Worth. I have reviewed the Amended Consolidated Class Action Complaint in this matter and authorize its filing by counsel.

2. Lake Worth did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Lake Worth is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Lake Worth's transactions in the Rayonier, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. This is the only action filed during the three-year period preceding the date of this Certification in which Lake Worth has sought to serve as a lead plaintiff and representative party on behalf of a class under the federal securities laws.

6. Lake Worth will not accept any payment for serving as a representative party on behalf of the Class beyond Lake Worth's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25 day of September, 2015.

_____
Mark Lamb
Chairman
*Lake Worth Firefighters' Pension Trust Fund*

**Lake Worth Firefighters' Pension Trust Fund**
**Transactions in Rayonier, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 1/27/2014 | 510 | 44.5878 |
| Purchase | 1/27/2014 | 100 | 44.6500 |
| Purchase | 2/3/2014 | 132 | 43.4337 |
| Purchase | 2/4/2014 | 108 | 43.6868 |
| Purchase | 2/24/2014 | 280 | 46.2086 |