**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

|  |  |
|---|---|
| IN RE RAYONIER INC. SECURITIES LITIGATION | Case No. 3:14-cv-1395-J-32JBT |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
REPLY BRIEF IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO STRIKE**

Pursuant to Local Rule 3.01, Lead Plaintiffs, through their undersigned counsel, respectfully move the Court for leave to file an eight-page Reply In Support Of Lead Plaintiffs' Motion And Memorandum of Law In Support Of Motion To Strike The Witness Declaration Filed In Support Of Defendants' Motion To Dismiss (ECF No. 89) (the "Motion to Strike").[1]

On October 26, 2015, Defendants filed four motions to dismiss the Consolidated Class Action Complaint (ECF No. 84), and attached to their motions a declaration signed by Larry Davis.  ECF Nos. 85-88.  On December 4, 2015, Lead Plaintiffs filed a motion to strike the Davis declaration as improper under Federal Rule of Civil Procedure 12.  ECF No. 89.  On December 18, 2015, Defendants filed a 15-page reply brief in support of their motions to dismiss (ECF No. 92), as well as a 20-page Opposition to the Motion to Strike ("Opposition").  ECF No. 91.

Leave to submit a succinct reply brief is appropriate because Defendants' Opposition cites for the first time out-of-Circuit decisions and raises new contentions that Lead Plaintiffs have not had the opportunity to address.  The Reply would not be duplicative nor delay proceedings. Moreover, a Reply would assist the Court by correcting the Opposition's mischaracterizations of facts and misinterpretations of law.  Accordingly, Lead Plaintiffs respectfully request that the Court grant them leave to respond to Defendants' Opposition with an eight-page Reply to Defendants' Opposition.

Dated: December 23, 2015

                                                Respectfully submitted,

                                                **SAXENA WHITE P.A.**

                                                */s/ Lester R. Hooker*
                                                Lester R. Hooker

---

[1] Lead Plaintiffs are the Pension Trust Fund for Operating Engineers and the Lake Worth Firefighters' Pension Trust Fund.

Maya Saxena (FL Bar No. 0095494)
Joseph E. White, III (FL Bar No. 621064)
Lester R. Hooker (FL Bar No. 32242)
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com


**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**

*/s/ David R. Stickney*
David R. Stickney

David R. Stickney (*pro hac vice*)
Jonathan D. Uslaner (*pro hac vice*)
Brandon Marsh (*pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile:  (858) 793-0323
davids@blbglaw.com
jonathanu@blbglaw.com
brandon.marsh@blbglaw.com

   -and-

Gerald H. Silk (*pro hac vice*)
Avi Josefson (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com

*Counsel for Lead Plaintiffs the Pension
Trust Fund For Operating Engineers and
the Lake Worth Firefighters' Pension Trust
Fund and Lead Counsel for the Class*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**

Robert D. Klausner
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Lead Plaintiff the Lake Worth Firefighters' Pension Trust Fund*

## LOCAL RULE 3.01(G) CERTIFICATION

The undersigned counsel for Lead Plaintiffs has conferred with counsel for Defendants regarding the relief requested herein, and counsel for Defendants have confirmed that they do not oppose Lead Plaintiffs' request.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2015, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. This system will send electronic notice of filing to all counsel of record by operation of the Court's electronic filing system.

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 23, 2015.

*/s/ Lester R. Hooker*
Lester R. Hooker