**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re RAYONIER INC. SECURITIES
LITIGATION

Case No. 3:14-cv-1395-J-32JBT

---

OKLAHOMA FIREFIGHTERS PENSION
& RETIREMENT SYSTEMS, etc., et al.,

        Plaintiffs,

vs.

Case No. 3:15-cv-546-J-32PDB

RAYONIER ADVANCED MATERIALS, INC.,
et al.,

        Defendants.

---

**ORDER**

The Court has determined to hear argument on the pending motions in both of these cases on the same day. Because the Court cannot hear both cases on the date set aside for argument in the Oklahoma Firefighters Pension case (February 29, 2016), the Court is **resetting** that hearing and will hear both cases on **APRIL 20, 2016 at 9:30 a.m.**, beginning with In re Rayonier, followed by argument in Oklahoma Fireighters Pension. The hearings will be before the undersigned in Courtroom 10D, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.[1]

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice.

**DONE AND ORDERED** at Jacksonville, Florida this 2nd day of February, 2016.

---
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record