**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE RAYONIER INC. SECURITIES LITIGATION | Case No. 3:14-cv-1395-J-32JBT<br><br>CLASS ACTION |

**LEAD PLAINTIFFS' NOTICE OF FILING**

As requested by the Court in its Order dated April 6, 2016 (ECF No. 97), Lead Plaintiffs the Pension Trust Fund For Operating Engineers and the Lake Worth Firefighters' Pension Trust Fund, through their undersigned counsel, hereby provide notice of their filing of a redline that compares the Amended Consolidated Class Action Complaint (ECF No. 84) to the prior complaint (ECF No. 64). The redline is attached hereto as Exhibit A. The blue text in the redline denotes text that has been added; red strike-through denotes deletions; and green text denotes text that has been moved.

| | |
|---|---|
| Dated: April 8, 2016 | Respectfully submitted, |
| | **SAXENA WHITE P.A.** |
| | */s/ Lester R. Hooker* |
| | Lester R. Hooker |
| | Maya Saxena (FL Bar No. 95494) |
| | Joseph E. White, III (FL Bar No. 621064) |
| | Lester R. Hooker (FL Bar No. 32242) |
| | Brandon T. Grzandziel (FL Bar No. 58732) |
| | 5200 Town Center Circle, Suite 601 |
| | Boca Raton, FL 33486 |
| | Telephone: (561) 394-3399 |
| | Facsimile: (561) 394-3382 |
| | msaxena@saxenawhite.com |
| | jwhite@saxenawhite.com |
| | lhooker@saxenawhite.com |
| | |
| | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| | */s/ David R. Stickney* |
| | David R. Stickney |
| | David R. Stickney (*pro hac vice*) |
| | Jonathan D. Uslaner (*pro hac vice*) |
| | Brandon Marsh (*pro hac vice*) |
| | 12481 High Bluff Drive, Suite 300 |
| | San Diego, CA 92130 |
| | Telephone: (858) 793-0070 |
| | Facsimile:  (858) 793-0323 |
| | davids@blbglaw.com |
| | jonathanu@blbglaw.com |
| | brandon.marsh@blbglaw.com |
| | -and- |

Gerald H. Silk (*pro hac vice*)
Avi Josefson (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com

*Counsel for Lead Plaintiffs the Pension Trust Fund For Operating Engineers and the Lake Worth Firefighters' Pension Trust Fund and Lead Counsel for the Class*

**KLAUSNER, KAUFMAN, JENSEN  & LEVINSON**
Robert D. Klausner
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Lead Plaintiff the Lake Worth Firefighters' Pension Trust Fund*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on April 8, 2016, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. This system will send electronic notice of filing to all counsel of record by operation of the Court's electronic filing system.

    I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 8, 2016.

                                                */s/ Lester R. Hooker*
                                                Lester R. Hooker