UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE RAYONIER INC. SECURITIES LITIGATION | CIVIL ACTION NO.<br><br>3:14-cv-1395-TJC-JBT |

**ORDER PURSUANT TO FED. R. EVID. 502 CONCERNING
DISCLOSURE OF INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT PRIVILEGE OR WORK PRODUCT DOCTRINE**

Pursuant to Federal Rule of Evidence 502, the Court orders as follows:

1. For purposes of this Order, "Protected Information" shall include all documents and data which the Producing Person, as defined herein, asserts are protected from discovery by a claim of privilege or of protection as trial-preparation material.

2. For purposes of this Order "Producing Person" means any party to this action or any non-party that produces documents or data pursuant to a discovery request, a subpoena, or another formal request in connection with this action, and "Receiving Party" means any party to this action that receives such documents or data.

3. The disclosure of any document containing Protected Information will not operate as a waiver if (i) the disclosure is inadvertent; (ii) the holder of the privilege or protection took reasonable steps to prevent disclosure; and (iii) the holder promptly took steps to rectify the error upon learning of the production of the document containing Protected Information.

4. For purposes of facilitating and expediting discovery in this action, the production of Protected Information, without more, shall not be construed to mean, and shall not constitute

sufficient proof that, the production of the Protected Information was "intentional" or "not inadvertent."

5. Upon written notice of recall from the Producing Person of the production of Protected Information, each Receiving Party must, within fourteen (14) days of receipt of the notice, return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the Party disclosed it before being notified; and may promptly, within twenty-one (21) days, present the information to the court under seal for a determination of the claim. The Producing Person must preserve the information until the claim is resolved.

6. If the recall notice from the Producing Person of the production of the Protected Information is made during or in preparation for a deposition, and the deponent is instructed not to answer questions at the deposition on the basis of privilege, each Receiving Party that receives such notice may not use the produced Protected Information at the deposition, except for the limited purpose of questioning the witness with respect to the basis and validity of the claim of privilege or protection.

7. The parties may stipulate to extend any time period set forth herein, or otherwise contemplated by this Order.

IT IS SO ORDERED, this __1__ day of __August__, 2016.

_____
Hon. ~~Timothy J. Corrigan~~ Joel B. Toomey
U.S. Magistrate Judge