UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE RAYONIER INC. SECURITIES LITIGATION | Case No. 3:14-cv-01395-TJC-JBT<br><br>**CLASS ACTION** |

**JOINT MOTION FOR MODIFICATION TO BRIEFING SCHEDULE
AND INCORPORATED MEMORANDUM OF LAW**

**MOTION**

Lead Plaintiffs the Pension Trust Fund For Operating Engineers and the Lake Worth Firefighters' Pension Trust Fund ("Lead Plaintiffs") and Defendants Rayonier Inc., Paul G. Boynton, Hans E. Vanden Noort, and Nancy Lynn Wilson ("Defendants" and, together with the Lead Plaintiffs, the "Parties"), respectfully move the Court for an Order modifying the briefing schedule for Lead Plaintiffs' Motion For Class Certification, Appointment Of Class Representatives, And Appointment Of Class Counsel. *See* ECF No. 123 (the "Class Certification Motion"). In support thereof, the Parties submit the following memorandum.

**MEMORANDUM OF LAW**

On September 15, 2016, the Court entered a Case Management And Scheduling Order And Referral To Mediation (the "Case Management Order"). ECF No. 117. The Case Management Order required that Lead Plaintiffs' Class Certification Motion be filed by December 15, 2016; Defendants' Response be filed by January 30, 2017; and Lead Plaintiffs' Reply be filed by February 28, 2017. The hearing date is set for June 1, 2017.

On December 15, 2016, Lead Plaintiffs filed the Class Certification Motion. ECF No. 123. In connection with their opposition to Lead Plaintiffs' motion, Defendants intend to take the depositions of approximately seven witnesses. To accommodate the availability of the deponents, professional obligations of counsel, and the holidays, the Parties respectfully request that the Court enter an Order providing the following deadlines:

1. Defendants shall file their Response no later than February 13, 2017.

2. Lead Plaintiffs shall file their Reply no later than March 13, 2017.

3. No other case deadlines are modified.

The Parties submit that the proposed modification will result in no prejudice to the Parties and will result in no undue delay.

## LOCAL RULE 3.01(G) CERTIFICATION

Counsel for the undersigned Parties certify that they have conferred and that the Parties join in the request for relief set forth in this Motion.

[*Signatures follow on the next page*]

NAI-1502339429v1

Dated:  December 20, 2016

Respectfully Submitted,

**SAXENA WHITE P.A.**

*/s/ Lester R. Hooker*
Lester R. Hooker

Maya Saxena (FL Bar No. 95494)
Joseph E. White, III (FL Bar No. 621064)
Lester R. Hooker (FL Bar No. 32242)
Brandon T. Grzandziel (FL Bar No. 58732)
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone:  (561) 394-3399
Facsimile:   (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
bgrzandziel@saxenawhite.com

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**

David R. Stickney (*pro hac vice*)
Jonathan D. Uslaner (*pro hac vice*)
Brandon Marsh (*pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile:  (858) 793-0323
davids@blbglaw.com
jonathanu@blbglaw.com
brandon.marsh@blbglaw.com

*Counsel for Lead Plaintiffs the Pension
Trust Fund For Operating Engineers and
the Lake Worth Firefighters' Pension Trust
Fund and Lead Counsel for the Class*


**JONES DAY**

*/s/ Janine Cone Metcalf*

Janine Cone Metcalf
Michael J. McConnell
A.  James Spung
Ashley F. Heintz

4

Mareasa Fortunato Rooks
1420 Peachtree St NE, Suite 800
Atlanta, GA 30309
Tel:  (404) 581-8656
Fax:  (404) 581-8330
jmetcalf@jonesday.com
mmcconnell@jonesday.com
jspung@jonesday.com
aheintz@jonesday.com
mrooks@jonesday.com

**MOSELEY, PRICHARD, PARRISH, KNIGHT & JONES**
Charles M. Trippe, Jr.
Joni A. Poitier
501 W Bay Street, Suite 200
Jacksonville, FL 32202
Tel:  (904) 356-1306
Fax:  (904) 354-0194
cmtrippe@mppkj.com
japoitier@mppkj.com

*Counsel for Defendants Rayonier Inc.*

**BUCKLEY SANDLER LLP**

*/s/ John Martin Hendele IV*

Andrew W. Schilling
John Martin Hendele IV
Caroline K. Eisner
1133 Avenue of the Americas, Suite 3100
New York, NY 10036
Tel:  (212) 600-2400
Fax:  (212) 600-2405
ASchilling@BuckleySandler.com
JHendele@BuckleySandler.com
CEisner@buckleysandler.com

**BURR & FORMAN, LLP**
John R. Chiles
350 E Las Olas Blvd., Suite 1420
Ft. Lauderdale, FL 33301-4216
Tel:  (954) 414-6200

5

Fax:  (954) 414-6201
jchiles@burr.com

Gennifer L. Bridges
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Tel:  (407) 540-6600
Fax:  (321) 349-0722
gbridges@burr.com
jnelson@burr.com

*Counsel for Defendant Hans E. Vanden Noort*

**FRIEDMAN KAPLAN SEILER & ADELMAN, LLP**

*/s/ Jeffrey R. Wang*

Jeffrey R. Wang
7 Times Square
New York, NY 10036-6516
Tel:  (212) 833-1175
Fax:  (212) 373-7975
jwang@fklaw.com

**FOLEY & LARDNER, LLP**
C. Ryan Maloney
1 Independent Drive, Suite 1300
P.O. Box 240
Jacksonville, FL 32202-0240
Tel:  (904) 359-2000
Fax:  (904) 359-8700
srichburg@foley.com
cmaloney@foley.com

*Counsel for Defendant Paul G. Boynton*

**BEDELL, DITTMAR, DEVAULT, PILLANS & COXE**

*/s/ Michael E. Lockamy*

John A. DeVault, III
Michael E. Lockamy
101 E. Adams Street
Jacksonville, FL 32202
JAD@bedellfirm.com
MEL@bedellfirm.com
Tel: (904) 353-0211
Fax: (904) 353-9307

*Counsel for Defendant Nancy Lynn Wilson*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

                                                 */s/ Janine Cone Metcalf*

NAI-1502339429v1