UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARY SATING, individually and on behalf of all others similarly situated,

    Plaintiff,

v.      Case No. 3:14-cv-1395-J-32JBT

RAYONIER INC., PAUL G BOYNTON, HANS E VANDEN NOORT, and NANCY LYNN WILSON,

    Defendants.

## O R D E R

The Court has been advised that this case has been settled.

Accordingly, it is hereby

**ORDERED**:

1. The deadlines and trial dates set in the Case Management and Scheduling Order (Doc. 117) and the subsequent Order (Doc. 144) are vacated.

2. All pending motions are terminated.

3. The case is administratively closed pending the filing of a joint motion for preliminary class action approval.

**DONE AND ORDERED** in Jacksonville, Florida the 14th day of March, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record