**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re Rayonier Inc. Securities
Litigation

Case No. 3:14-cv-1395-J-32JBT

## NOTICE OF TELEPHONE HEARING

**TAKE NOTICE** that this case is hereby **SET** for **TELEPHONE HEARING** on Lead Plaintiffs' Unopposed Motion for (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class (Doc. 146) on **May 15, 2017** at **2:00 PM** before the Honorable Timothy J. Corrigan, United States District Judge. **The parties are directed to contact CourtCall at (866) 582-6878 no later than May 11, 2017 to make the telephone conference call arrangements**.[1]

**DATED** this 8th day of May, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

By: /s/Susan Jacoby
Susan Jacoby
Law Clerk
(904) 549-1300

---

[1] CourtCall will provide counsel with a number to call ten minutes before the hearing for a CourtCall operator who will then connect the parties with the courtroom's audioconference system. There is a fee for using this service ($30 per caller for the first 45 minutes, $7 per 15 minute increment thereafter). **The parties may not use cell phones or speaker phones during the call**.

Copies to:
Counsel of record

2