**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE RAYONIER INC. SECURITIES LITIGATION | Case No. 3:14-cv-1395-J-32JBT<br><br>**<u>CLASS ACTION</u>**<br><br>JURY TRIAL DEMANDED |

**<u>NOTICE OF IN-PERSON APPEARANCE</u>**

Lead Plaintiffs the Pension Trust Fund For Operating Engineers and the Lake Worth Firefighters' Pension Trust Fund (together, "Lead Plaintiffs"), through their undersigned counsel, hereby provide notice of the in-person appearance of Maya Saxena and Joseph E. White, III, of Saxena White P.A., and David Stickney of Bernstein Litowitz Berger & Grossmann LLP, at the forthcoming hearing on Lead Plaintiffs' Unopposed Motion for (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class (Doc. 146), which the Court set for a telephone hearing on May 15, 2017 at 2:00 P.M. (Doc. 148). Counsel for Lead Plaintiffs have conferred with counsel for Defendants, who have confirmed that Defendants do not oppose this in-person appearance.

Dated: May 12, 2017

Respectfully submitted,

**SAXENA WHITE P.A.**

*/s/ Maya Saxena*
Maya Saxena

Maya Saxena (FL Bar No. 0095494)
Joseph E. White, III (FL Bar No. 621064)
Lester R. Hooker (FL Bar No. 32242)
Brandon T. Grzandziel (FL Bar No. 58732)
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
brandon@saxenawhite.com

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ David R. Stickney*
David R. Stickney

David R. Stickney (*pro hac vice*)

Jonathan D. Uslaner (*pro hac vice*)
Brandon Marsh (*pro hac vice*)
Jenny Barbosa
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile:  (858) 793-0323
davids@blbglaw.com
jonathanu@blbglaw.com
brandon.marsh@blbglaw.com
jenny.barbosa@blbglaw.com

*Counsel for Lead Plaintiffs the Pension Trust Fund For Operating Engineers and the Lake Worth Firefighters' Pension Trust Fund and Lead Counsel for the Class*


**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**

Robert D. Klausner
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Lead Plaintiff the Lake Worth Firefighters' Pension Trust Fund*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 12, 2017, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.  This system will send electronic notice of filing to all counsel of record by operation of the Court's electronic filing system.

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 12, 2017.

*/s/ Maya Saxena*
Maya Saxena