## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE RAYONIER INC. SECURITIES LITIGATION | Civil Action No. 3:14-cv-1395-32-JBT |

## DEFENDANT RAYONIER INC.'S
## NOTICE OF IN-PERSON APPEARANCE

Defendant Rayonier Inc. ("Rayonier"), through its undersigned counsel, hereby provides notice of the in-person appearance of Charles M. Trippe, Jr., of Moseley, Prichard, Parrish, Knight & Jones, counsel for Defendant Rayonier, at the forthcoming hearing on Lead Plaintiffs' Unopposed Motion for (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class (Doc. 146), which the Court set for a telephone hearing on May 15, 2017 at 2:00 P.M. (Doc. 148).

Counsel for Defendant Rayonier have conferred with counsel for Lead Plaintiffs, who have confirmed that Lead Plaintiffs do not oppose this in-person appearance.

- 1 -

Dated: May 12, 2017

Respectfully submitted,

Janine Cone Metcalf (*Admitted pro hac vice*)
Trial Counsel
Email:  jmetcalf@jonesday.com
Michael J. McConnell (*Admitted pro hac vice*)
Trial Counsel
Email:  mmcconnell@jonesday.com
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309
Tel:  404-581-3939
Fax:  404-581-8330

<u>/s/ *Charles M. Trippe, Jr.*</u>
Charles M. Trippe, Jr.
Trial Counsel
Florida Bar No. 69760
E-mail: cmtrippe@mppkj.com
Joni Alexis Poitier
Florida Bar Number No. 0022861
E-mail:  japoitier@mppkj.com
MOSELEY, PRICHARD, PARRISH, KNIGHT & JONES
501 W Bay Street, Suite 200
Jacksonville, FL 32202
Tel:  904-356-1306
Fax: 904-254-0194

*Attorneys for Defendant Rayonier Inc*.

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2017, the foregoing was filed with the Court via the CM/ECF system, which will send electronic notice of filing to all counsel of record by operation of the Court's electronic filing system.

/s/ Charles M. Trippe, Jr.
*Attorney for Defendant Rayonier Inc.*
