**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re Rayonier Inc. Securities
Litigation

Case No. 3:14-cv-1395-J-32JBT

## NOTICE OF RESCHEDULING HEARING AS TO TIME ONLY

**TAKE NOTICE** that the telephone hearing previously set for May 15, 2017 at 2:00 PM on Lead Plaintiffs' Unopposed Motion for (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class (Doc. 146) is rescheduled as to time only for **May 15, 2017** at **3:00 PM** before the Honorable Timothy J. Corrigan, United States District Judge.[1] **The parties appearing by telephone are directed to contact CourtCall at (866) 582-6878 as soon as possible to make the telephone conference call arrangements**.[2]

**DONE AND ORDERED** in Jacksonville, Florida the 15th day of May, 2017.

TIMOTHY J. CORRIGAN

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices are not generally allowed in the building, counsel are permitted to bring those items with them upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice.

[2] CourtCall will provide counsel with a number to call ten minutes before the hearing for a CourtCall operator who will then connect the parties with the courtroom's audioconference system. There is a fee for using this service ($30 per caller for the first 45 minutes, $7 per 15 minute increment thereafter). **The parties may not use cell phones or speaker phones during the call**.

          United States District Judge

          By: /s/Susan Jacoby
          Susan Jacoby
          Law Clerk
          (904) 549-1300

Copies to:
Counsel of record