UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: RAYONIER INC. SECURITIES LITIGATION | Case No. 3:14-cv-1395-J-32JBT<br><br>**CLASS ACTION** |

**NOTICE OF IN-PERSON APPEARANCE**

Notice is hereby given of the in-person appearance of Michael E. Lockamy of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., at the hearing on Lead Plaintiffs' Unopposed Motion for (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class (Doc. 146), set for May 15, 2017 at 3:00 P.M. (Doc. 151). Counsel for Defendant Wilson have conferred with counsel for Plaintiffs, who have confirmed that they do not oppose this in-person appearance.

Dated: May 15, 2017.

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By:   s/Michael E. Lockamy
      John A. DeVault, III
      Florida Bar No. 103979
      jad@bedellfirm.com
      Michael E. Lockamy
      Florida Bar No. 69626
      mel@bedellfirm.com
      The Bedell Building
      101 East Adams Street
      Jacksonville, Florida 32202
      Telephone: (904) 353-0211
      Facsimile: (904) 353-9307

Counsel for Defendant Nancy Lynn Wilson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

s/Michael E. Lockamy
Michael E. Lockamy
Florida Bar No. 69626
mel@bedellfirm.com
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

Counsel for Defendant Nancy Lynn Wilson