**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re RAYONIER INC. SECURITIES LITIGATION

Case No. 3:14-cv-1395-J-32JBT

___

**HONORABLE TIMOTHY J. CORRIGAN, United States District Judge**
Courtroom Deputy: Marielena Diaz
Court Reporter: Shannon Bishop

Counsel for Plaintiff Lake Worth Firefighters Pension Trust Fund:
Maya Saxena
David Ronald Stickney
Joseph E. White, III
Paul Daragjati
David L. Duncan (telephone appearance)
Niki Mendoza (telephone appearance)
Lester Hooker (telephone appearance)

Counsel for Defendant Rayonier, Inc.:
Charles M. Trippe, Jr.
Janine Cone Metcalf (telephone appearance)

Counsel for Defendant Nancy Lynn Wilson:
Michael E. Lockamy

Counsel for Defendant Paul G. Boynton:
Christopher Ryan Maloney (telephone appearance)
Jeffrey R. Wang (telephone appearance)

Counsel for Defendant Hans E. Vanden Noort:
John Martin Hendele, IV (telephone appearance)

___

**CLERK'S MINUTES**

PROCEEDINGS:   Hearing re: Lead Plaintiffs' Unopposed Motion for (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class (Doc. 146)

Court's Exhibit:   1 (under seal)

• Order to enter.

___

DATE:  May 15, 2017                              TIME:  4:15 p.m. - 5:17 p.m.